IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
                                      :
In re:                                : Chapter 11
                                      :
SIGNAL INTERNATIONAL, INC., *et al.*, : Case No. 15-11498 (MFW)
                                      :
Debtors[1].                           : Joint Administration Pending
                                      :
------------------------------------- x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP hereby enters its appearance as counsel for George Paily Paulose Chakkiyattil, Chandrasekhara Pillai Rajesh Chemmanappilly, Sukumar Moses Dokka, Roy Punakkattu George, Radhakrishnan Kakkathiruthi, John Abraham Kalampukatt, Jacob Mathew, Shaju Olangattu Mathew, Davis Mathai Meledan, Jeegan Joseph Cheruthalakal Michael, Prakash Kuttiyil Chandrasekharan Nair, Sudheeran Panayamthatta, Telson Joseph Pazhampilly, Sreekumar Janardhanan Pillai, Pradeep Chembil Raman, Shawkat Ali Shaikh, Arunkumar Shaw Narayan Shaw, Subash Chandra Shukla, Jaison Antony Thekkumpuram, Shajan Varghese, Gopalakrishnan Unniampathu Vettical Nair, Thomas Baby Madakkameprathu, Francis Kottackal Ouseph, Ajith Chellayyan Swarnamma, Anthony Marian, and Shibu Thankachan (collectively, the "Chakkiyattil Trafficking Claimants") in the above-captioned cases and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

| | |
|---|---|
| David M. Turetsky, Esq. | Anthony W. Clark, Esq. |
| Nick Kodes, Esq. | Jason M. Liberi, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| Four Times Square | One Rodney Square |
| New York, New York  10036 | P.O. Box 636 |
| Telephone:  (212) 735-3000 | Wilmington, Delaware 19899-0636 |
| Facsimile:  (212) 735-2000 | Telephone:  (302) 651-3000 |
| David.Turetsky@skadden.com | Facsimile:  (302) 651-3001 |
| Nikolay.Kodes@skadden.com | Anthony.Clark@skadden.com |
| | Jason.Liberi@skadden.com |

Eben P. Colby, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, Massachusetts  02116
Telephone:  (617) 573-4822
Facsimile:  (617) 573-4870
Eben.Colby@skadden.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive the Chakkiyattil Trafficking Claimants' (1) rights to have final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (2) rights to trial by jury in any proceeding as to any and all matters so triable therein, or in any case, controversy or proceeding related hereto, whether or not such jury trial right is pursuant to statute or the United States Constitution; (3) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or (4) other

rights, claims, actions, defenses, setoffs, recoupments or other matters to which any Chakkiyattil Trafficking Claimant is entitled under any agreement or at law or in equity or under the United States Constitution.  All of the above rights are expressly reserved and preserved without exception and with no purpose of conceding jurisdiction in any way by this filing or by any other participation in this matter.

The Chakkiyattil Trafficking Claimants do not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  By filing this Notice of Appearance, none of the Chakkiyattil Trafficking Claimants, nor Counsel, submits to the jurisdiction of the Court for any purpose, other than for the purpose of making the representations set forth in this Notice of Appearance.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: Wilmington, Delaware
July 13, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jason M. Liberi*
Anthony W. Clark (I.D. No. 2051)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000

- and -

David M. Turetsky
Nick Kodes
Four Times Square
New York, New York  10036
Telephone: (212) 735-3000

- and -

Eben P. Colby
500 Boylston Street
Boston, Massachusetts  02116
Telephone: (617) 573-4822

*Counsel for Chakkiyattil Trafficking Claimants*

4

## **CERTIFICATE OF SERVICE**

       I, Jason M. Liberi, hereby certify that on July 13, 2015, I caused the foregoing Notice of Appearance and Demand for Notices and Papers to be served on the parties on the service list attached hereto as Exhibit A by first-class U.S. mail, unless otherwise indicated.

                                                 */s/ Jason M. Liberi*
                                                 Jason M. Liberi

**EXHIBIT A**
**SERVICE LIST**

M. Blake Cleary, Esq.
Jaime Luton Chapman, Esq.
Travis G. Buchanan, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Tiiara N. A. Patton, Esq.
Dep't of Justice -Office of U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801