**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNAL INTERNATIONAL, INC., et al.[1] | Case No. 15-11498 (MFW) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

     **PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11

of the United States Code, certain litigation plaintiffs listed on Exhibit A hereto (the

"*Joseph* Trafficking Plaintiffs") in the cases of the above-captioned debtors and debtors

in possession, by and through their undersigned counsel, Sutherland Asbill & Brennan

LLP ("Sutherland") and Bayard, P.A. ("Bayard"), hereby request that all notices given or

required to be given in the above-captioned cases, and all papers served or required to be

served in these cases, be given to and served upon the following:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066).  The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

**SUTHERLAND ASBILL &**
 **BRENNAN LLP**
John H. Fleming
(*pro hac vice* application forthcoming)
Bryan M. Ward
(*pro hac vice* application forthcoming)
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia  30309-3996
404.853.8000 (T)
404.853.8806 (F)
john.fleming@sutherland.com
bryan.ward@sutherland.com

**BAYARD, P.A.**
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
P.O. Box 25130 (19899)
Wilmington, Delaware  19801
302.429.4227 (T)
302.658.6395 (F)
emiller@bayardlaw.com

**SUTHERLAND ASBILL &**
 **BRENNAN LLP**
Kara D. Ford
(*pro hac vice* application forthcoming)
Grace Building – 40th Floor
1114 Avenue of the Americas
New York, New York  10036
212.389.5016 (T)
212.389.5099 (F)
kara.ford@sutherland.com

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (i) the above-captioned debtors (the "Debtors"); (ii) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the *Joseph* Trafficking Plaintiffs' rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the *Joseph* Trafficking Plaintiffs'' rights to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) the *Joseph* Trafficking Plaintiffs rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the *Joseph* Trafficking Plaintiffs are or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 13, 2015
     Wilmington, Delaware

                    */s/ Evan T. Miller*
                    **BAYARD, P.A.**
                    Evan T. Miller (No. 5364)
                    222 Delaware Avenue, Suite 900
                    P.O. Box 25130 (19899)
                    Wilmington, Delaware  19801
                    302.429.4227 (T)
                    302.658.6395 (F)
                    emiller@bayardlaw.com

                    -and-

                    **SUTHERLAND ASBILL &**
                    ** BRENNAN LLP**
                    John H. Fleming
                    (*pro hac vice* application forthcoming)
                    Bryan M. Ward
                    (*pro hac vice* application forthcoming)
                    999 Peachtree Street, NE, Suite 2300
                    Atlanta, Georgia  30309-3996
                    404.853.8000 (T)
                    404.853.8806 (F)
                    john.fleming@sutherland.com

bryan.ward@sutherland.com

**SUTHERLAND ASBILL &**
 **BRENNAN LLP**
Kara D. Ford
(*pro hac vice* application forthcoming)
Grace Building – 40th Floor
1114 Avenue of the Americas
New York, New York  10036
212.389.5016 (T)
212.389.5099 (F)
kara.ford@sutherland.com

*Counsel for the* Joseph *Trafficking Plaintiffs*

## EXHIBIT A:  List of *JOSEPH* Trafficking Plaintiffs

|     | **PLAINTIFF:** |
| --- | --- |
| 1.  | Joy Joseph Attayil |
| 2.  | Sreedharan Babu |
| 3.  | Vasavan Babu |
| 4.  | Philip Baby |
| 5.  | Kiran Mohan Baki |
| 6.  | Bijay Kumar Biswas |
| 7.  | George Arackal Devassy |
| 8.  | Varghese Kannampuzha Devassy |
| 9.  | John Charuvila George |
| 10. | Omanakuttan Govindan [Kakkanthara] |
| 11. | Iju James |
| 12. | Gijo John |
| 13. | Biju Mukrukkattu Joseph |
| 14. | Francis Joseph |
| 15. | Paulose Chirackal Airookaran Joseph |
| 16. | Varghese Kainikkeril [Yohannan] |
| 17. | Suresh Kakkoth |
| 18. | Sojan Paul Kaliyadan |
| 19. | Eswara R. Kanithi |
| 20. | Krishnan Kannayan |
| 21. | Suresh Kumar Pillai Kavalamkuzhi |
| 22. | Vavachan Mathai Koottalil |
| 23. | Varghese Kunjachan |
| 24. | Pankajakshan Madhavan |
| 25. | Babu Lal Mali |
| 26. | George Kutty Vadakkekoottu Mathew |
| 27. | Ramachandran Murugaiyan |
| 28. | Shogy Vezhaparambil Ousephkutty |
| 29. | Sebastian George Pananjikal |
| 30. | Haridas Sankara Panicker |
| 31. | Varghese Pappachan |
| 32. | Joseph Boban Peruvelil |
| 33. | Prabhakaran Balakrishna Pillai |
| 34. | Kannankutty Ponnan |
| 35. | Biju Potrayil |

|   | **PLAINTIFF:** |
|---|---|
| 36. | Viswamithran Raghavan |
| 37. | Subburaj Rengasamy |
| 38. | Melvin Joseph Rodrigues |
| 39. | Ravi Rowthu |
| 40. | Jagannadha Rao Saragadam |
| 41. | Lakhbir Singh |
| 42. | Surje Prasad Tamang |
| 43. | Abraham Varghese |
| 44. | Joy Kallachiyil Varkey |
| 45. | Kunhikrishn Kaniyamkulam Veetil |
| 46. | Krishnan Venugopal |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 13th day of July, 2015, a true and exact copy of the foregoing

**Notice of Appearance and Request for Service of Notices and Pleadings** was filed

electronically with the Clerk of the Court using the CM/ECF system which in turn will send

notification of such filing to all interested parties of record.

*/s/ Evan T. Miller*
Evan T. Miller