**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of Title 11 of the United States Code, Pravin Kumar Singh and Radhakrishnan Nair Mangalathu Malayil Vasukuttan (collectively, the "*Singh* Trafficking Plaintiffs") in the cases of the above-captioned debtors and debtors in possession, by and through their undersigned counsel, Covington & Burling LLP ("Covington") and Bayard, PA ("Bayard"), hereby request that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| **COVINGTON & BURLING LLP** | **BAYARD, PA** |
| José E. Arvelo, Esq. (*pro hac vice* application forthcoming) (DC Bar No. 981920) | Evan T. Miller, Esq. (DE Bar No. 5364) |
| | 222 Delaware Avenue Suite 900 |
| Christopher G. Higby, Esq. (*pro hac vice* application forthcoming) (VA Bar No. 87623) | P.O. Box 25130 |
| | Wilmington, Delaware 19899 |
| One CityCenter, 850 Tenth Street NW | Telephone: (302) 429-4227 |
| Washington, DC 20001 | Facsimile: (302) 658-6395 |
| Telephone: (202) 662-6000 | Email: EMiller@bayardlaw.com |
| Facsimile: (202) 662-6291 | |
| Email: jarvelo@cov.com | |
| Email: chigby@cov.com | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

**PLEASE TAKE FURTHER NOTICE** that this request (the "Request") constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (i) the above-captioned debtors (the "Debtors"); (ii) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds thereof in possession, custody or control of others that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this Request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the *Singh* Trafficking Plaintiffs' rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the *Singh* Trafficking Plaintiffs' rights to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) the *Singh* Trafficking Plaintiffs' rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the *Singh* Trafficking Plaintiffs are or may be entitled under any agreement(s), in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 13, 2015
Wilmington, Delaware

/s/    Evan T. Miller
**BAYARD, PA**
Evan T. Miller, Esq. (DE Bar No. 5364)
222 Delaware Avenue Suite 900
P.O. Box 25130
Wilmington, Delaware  19899
Telephone:  (302) 429-4227
Facsimile:    (302) 658-6395
Email: EMiller@bayardlaw.com

**COVINGTON & BURLING LLP**
José E. Arvelo, Esq. (*pro hac vice* application forthcoming) (DC Bar No. 981920)
Christopher G. Higby, Esq. (*pro hac vice* application forthcoming) (VA Bar No. 87623)
One CityCenter, 850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile:   (202) 662-6291
Email: jarvelo@cov.com
Email: chigby@cov.com

*Counsel for the* Singh *Trafficking Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July, 2015, a true and exact copy of the foregoing **Notice of Appearance and Request for Service of Notices and Pleadings** was filed electronically with the Clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record

                                            */s/ Evan T. Miller*
                                            Evan T. Miller