# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNAL INTERNATIONAL, INC., et al.[1] | Case No. 15-11498 (MFW) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), certain litigation plaintiffs listed on Exhibit A (the "*Marimuthu* Trafficking Plaintiffs") in the cases of the above-captioned debtors and debtors in possession, by and through their undersigned counsel, Fredrikson & Byron, P.A. ("Fredrikson & Byron) and Bayard, P.A. ("Bayard"), hereby request that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| **FREDRIKSON & BYRON P.A.** | **BAYARD, P.A.** |
| Sten-Erik Hoidal, Esq. | Evan T. Miller (No. 5364) |
| Lousene Hoppe, Esq. | 222 Delaware Avenue, Suite 900 |
| Timothy O'Shea, Esq. | P.O. Box 25130 |
| Steven R. Kinsella, Esq. | Wilmington, DE 19899 |
| 200 South Sixth Street, Suite 4000 | Telephone: 302.429.4227 |
| Minneapolis, MN 55402 | Facsimile: 302.658.6395 |
| Telephone: 612.492.7244 | Email: EMiller@bayardlaw.com |
| Facsimile: 612.492.7077 | |
| Email: shoidal@fredlaw.com | |
|         lhoppe@fredlaw.com | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

toshea@fredlaw.com
skinsella@fredlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, and demands, whether formal or informal, written or oral, transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (i) the above-captioned debtors (the "Debtors"); (ii) property of the Debtors' estate; or (iii) property or proceeds thereof in possession, custody, or control of others that the Debtors may seek to use.

**PLEASE TAKE FURTHER NOTICE** that neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the *Marimuthu* Trafficking Plaintiffs' rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the *Marimuthu* Trafficking Plaintiffs' rights to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) the *Marimuthu* Trafficking Plaintiffs' rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the *Marimuthu* Trafficking Plaintiffs are or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 13, 2015 **BAYARD, P.A.**

*/s/ Evan T. Miller*
Evan T. Miller, Esq. (No. 5364)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: 302.429.4227
EMiller@bayardlaw.com

-and-

Sten-Erik Hoidal (*pro hac vice* application forthcoming) (MN Bar No. 035241X)
Steven R. Kinsella (*pro hac vice* application forthcoming) (MN Bar No. 0392289)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone: 612.492.7000
shoidal@fredlaw.com
skinsella@fredlaw.com

*ATTORNEYS FOR MARIMUTHU TRAFFICKING PLAINTIFFS*

## EXHIBIT A

## List of *Marimuthu* Trafficking Plaintiffs

1. Muruganandam Arumugam
2. Muralidharan Arumugam
3. Satyanarayana Ellapu
4. Balamurugan Marimuthu
5. Satheesh Kannan Marimuthu
6. Moorthy Nadhamuni
7. Rajendran Sappani
8. Rejendran Subramani
9. Sammanasunathan Suluvaimuthu

{BAY:02738190v1}

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2015, a true and exact copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was filed electronically with the Clerk of the Court using the CM/ECF system, which in turn will send notification of such filings to all interested parties of record.

*/s/ Evan T. Miller*
Evan T. Miller
