# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**SIGNAL INTERNATIONAL, INC.,**<br>a Delaware corporation,<br><br>    Debtor.[1] | Chapter 11<br><br>Case No. 15-11498 (MFW) |
| In re:<br><br>**SIGNAL SHIP REPAIR, LLC,**<br>a Delaware corporation,<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-11499 (MFW) |
| In re:<br><br>**SIGNAL INTERNATIONAL, LLC,**<br>a Delaware corporation,<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-11500 (MFW) |
| In re:<br><br>**SIGNAL INTERNATIONAL TEXAS GP, LLC,**<br>a Delaware corporation,<br><br>    Debtor. | Chapter 11<br><br>Case No. 15-11501 (MFW) |

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

| In re: | Chapter 11 |
|---|---|
| **SIGNAL INTERNATIONAL TEXAS, L.P.**, a Delaware corporation,<br><br>Debtor. | Case No. 15-11502 (MFW) |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order authorizing the joint administration of these chapter 11 cases for procedural purposes only; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

1. The Motion is GRANTED as set forth herein.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion

2.  The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under the case of Signal International, Inc., Case No. 15-11498 (MFW).

3.  All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |

FN1: The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

4.  The consolidated caption set forth above satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

5.  The Clerk of this Court shall make a docket entry in each of Debtors' chapter 11 cases (except that of Signal International, Inc.) substantially as follows:

> An order has been entered in this case directing the joint administration for procedural purposes only of the chapter 11 cases of Signal International, Inc., Signal Ship Repair, LLC, Signal International, LLC, Signal International Texas GP, LLC, and Signal International Texas, L.P. The docket in the chapter 11 case of Signal International, Inc., Case No. 15-11498 (MFW), should be consulted for all matters concerning this case.

6.  The Clerk of this Court shall maintain a single pleadings docket and file for all of the Debtors' chapter 11 cases, which shall be the pleadings docket and file for Signal International, Inc.

01:16800965.3

7. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: July 14, 2015
Wilmington, Delaware

Mary F. Walrath
United States Bankruptcy Judge