# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |
| | Hearing Date: August 12, 2015 at 11:30 a.m. (ET)<br>Objection Deadline: August 5, 2015 at 4:00 p.m. (ET) |
| | RE: Docket Nos. 4, 5, 6, 7, 8, 9, 10, 11, 57, 58, 59, 61, 67, 71, 76, & 78 |

## OMNIBUS NOTICE OF PLEADINGS AND HEARING THEREON

**PLEASE TAKE NOTICE** that, on July 12, 2015, Signal International, Inc. and its affiliated debtors as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the following pleadings, among others, with the Court (collectively, the "**First Day Pleadings**"):

- *Debtors' Motion for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Procedures, (II) Authorizing Continuation of Intercompany Transactions and Granting Postpetition Intercompany Claims Administrative Expense Status, (III) Authorizing Maintenance and Use of Existing Bank Accounts, and (IV) Waiving the Requirements of Section 345(b) of the Bankruptcy Code on an Interim Basis* [D.I. 4]

- *Debtors' Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto* [D.I. 5]

- *Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and (II) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [D.I. 6]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

- *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Prepetition Insurance Policies, (B) Pay All Prepetition Obligations in Respect Thereof, and (C) Continue Insurance Premium Financing Program, and (II) Authorizing Banks to Honor Related Checks and Transfers* [D.I. 7]

- *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Honor and Pay Prepetition Customer Obligations and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations* [D.I. 8]

- *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits, and Other Compensation Obligations and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations* [D.I. 9]

- *Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors and (II) Authorizing Banks to Honor and Process Related Checks and Transfers* [D.I. 10]

- *Debtors' Motion for Interim and Final Orders (I) Authorizing Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection to Prepetition First Lien Lenders, (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing* [D.I. 11] (the "**DIP Motion**")

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on July 14, 2015, at which time the Court approved the First Day Pleadings on an interim basis. *See* Docket Nos. 57, 58, 59, 61, 67, 71, 76, and 78.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the First Day Pleadings is scheduled for **August 12, 2015 at 11:30 a.m. (ET)** before the Honorable Mary F. Walrath, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the entry of final orders approving the First Day Pleadings must be filed on or before **August 5, 2015 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response(s) so as to be received on or before the Objection Deadline upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that **in addition** to the parties listed in the previous paragraph, any objections to the entry of a final order approving the DIP Motion must also be served on or before the Objection Deadline upon the following parties: (a) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Tiiara Patton, Esq. (tiiara.patton@usdoj.gov);

2

(b) counsel to the Debtors, Hogan Lovells US LLP, 875 Third Avenue, New York, NY 10022, Attn: Christopher R. Donoho III, Esq. (chris.donoho@hoganlovels.com); and (c) counsel for the Pre-Petition Agent and DIP Lenders, Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203, Attn: Derek F. Meek, Esq. (dmeek@burr.com), and Morris Nichols Arsht & Tunnell, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, Attn: Eric D. Schwartz, Esq. (eschwartz@mnat.com) and Gregory W. Werkheiser, Esq. (gwerkheiser@mnat.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS TO ANY OF THE FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
July 14, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime Luton Chapman*
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mbcleary@ycst.com

*Proposed Counsel to Debtors and Debtors in Possession*