# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNAL INTERNATIONAL, INC., et al.[1] | Case No. 15-11498 (MFW) |
| Debtors. | (Joint Administration Requested) |

## JOINT VERIFIED STATEMENT OF KAYE SCHOLER LLP
## AND BAYARD, P.A. PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kaye Scholer LLP ("Kaye Scholer") and Bayard, P.A. ("Bayard", and together with Kaye Scholer, "Counsel") hereby jointly submit this verified statement (the "Verified Statement") with respect to Counsel's representation of certain litigation claimants listed on Exhibit A hereto (the "*Thomas* Trafficking Plaintiffs") who hold claims against the Defendant-Debtors (as defined below), and in support thereof, state as follows:

1.  On August 11, 2014, the *Thomas* Trafficking Plaintiffs and certain other individuals filed a Complaint (the "*Thomas* Trafficking Complaint") against, among other entities and persons, debtors Signal International, Inc.; Signal International, LLC; Signal International Texas G.P., LLC, and Signal International Texas, L.P. (the "Defendant-Debtors"), thereby commencing the action styled *Thomas v. Signal International, L.L.C., et al.* No. 1:14-cv-01818 (E.D. La.) (the "*Thomas* Trafficking Action").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

{BAY:02738959V1}

2. On July 12, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned case and certain related cases for which joint administration has been requested (collectively, the "Cases").

3. The Debtors are operating as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Cases.

4. The *Thomas* Trafficking Plaintiffs each hold claims against the Defendant-Debtors' estates deriving from a scheme to traffic the *Thomas* Trafficking Plaintiffs and certain other individuals into the United States to provide labor for the Defendant-Debtors, as more particularly described in the *Thomas* Trafficking Complaint.

5. Counsel represents each of the *Thomas* Trafficking Plaintiffs in the Cases. Beginning in 2014, Kaye Scholer commenced its representation of the *Thomas* Trafficking Plaintiffs and certain other claimants in connection with the *Thomas* Trafficking Action. On or about July 8, 2015, Bayard agreed to serve as local counsel for the *Thomas* Trafficking Plaintiffs in the Cases.

6. In accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure, attached hereto as Exhibit A is a list of the names and addresses of, and the nature of all disclosable economic interests held by the *Thomas* Trafficking Plaintiffs in relation to the Defendant-Debtors as of the Petition Date. Nothing contained in this Verified Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any of the *Thomas* Trafficking Plaintiffs' rights to assert, file and/or amend its

claim(s) in accordance with applicable law and any orders entered in the Cases establishing procedures for filing proofs of claim.

7. To the best of my knowledge, neither Counsel, nor any attorney or other personnel thereof, has at any time during these representations owned any claim against or any interest in the Debtors, except to the extent that Counsel or its clients may at some future time seek to have Counsel's fees and expenses paid by the Defendant-Debtors' estates pursuant to applicable provisions of the Bankruptcy Code.

8. Counsel reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Rule 2019 of the Bankruptcy Rules.

9. By filing this statement, none of the *Thomas* Trafficking Plaintiffs, nor Counsel submits to the jurisdiction of the Court for any purpose, other than for the purpose of making the representations set forth in this statement.

10. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: July 14, 2015  /s/ Evan T. Miller
      Wilmington, Delaware

**BAYARD, P.A.**
Evan T. Miller, Esq. (No. 5364)
222 Delaware Avenue Suite 900
P.O. Box 25130
Wilmington, Delaware  19899
Telephone:  (302) 429-4227
Facsimile:   (302) 658-6395
Email: EMiller@bayardlaw.com

-and-

**KAYE SCHOLER LLP**
Benjamin Mintz, Esq. (admitted *pro hac vice*)
Michael Bullerman, Esq. (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9710

        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        Email: benjamin.mintz@kayescholer.com
           michael.bullerman@kayescholer.com

*Counsel for the* Thomas *Trafficking Plaintiffs*

# **EXHIBIT A**

**Names, Addresses and Nature of Disclosable Economic Interests of *Thomas* Trafficking Plaintiffs**

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| **ZAKIR HUSAIN GHULAM HUSAIN** | Zakir Husain Ghulam Husain c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **KANTIBHAI KHEMABHAI PRAJAPATI** | Kantibhai Khemabhai Prajapati c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **RAVI THAMMINA** | Ravi Thammina c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **JOSHY KAIPRAMPATTU JOSEPH** | Joshy Kaiprampattu Joseph c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **REGHUNADHAN PALACHUVATTILPUTHENPURA NARAYANANNAIR** | Reghunadhan Palachuvattilputhenpura Naryanannair c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| **SIVAKUMAR RAMAKRISHNAN NAIR** | Sivakumar Ramakrishnan Nair c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **ANTONEY THARAYIL XAVIER** | Antoney Tharayil Xavier c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **YACOB THACHIL VARGHESE** | Yacob Thachil Varghese c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **DAVIS ANTONY** | Davis Antony c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **GOGY JOSEPH** | Gogy Joseph c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **MATHEW JACKSON** | Mathew Jackson c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| PHILIP PINDAKADAVIL GEORGE | Philip Pindakadavil George c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| GEORGE KUTTY PUTHIYA PARAMPIL THOMAS | George Kutty Puthiya Parampil Thomas c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| SUNNY CHERIAN | Sunny Cherian c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| BAIJU PAUL | Baiju Paul c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| RAJAN PAZHAMBALAKODE | Rajan Pazhambalakode c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| BABU KARIPPAI OUSEPH | Babu Karippai Ouseph | Trafficking litigation claims: unliquidated |

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| **SAJI CHETTIYARA BABY** | Saji Chettiyara Baby c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **JOSEPH THOMAS KANJIRAPARAMBIL** | Joseph Thomas Kanjiraparambil c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **SHANOJ JOSEPH** | Shanoj Joseph c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **KRISHNAN THANKAPPAN ASSARI** | Krishnan Thankappan Assari c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **SUBRANARAYANAN KARUPPIAH** | Subranarayanan Karuppiah c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **DAVID RAJU TULOORI** | David Raju Tuloori c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| **VENKATARAO BURIDI** | Venkatarao Buridi c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **SARMA VENKATA SATYANARAYANA BHIRI** | Sarma Venkata Satyanarayana Bhiri c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **MAHESHWARA RAO MOLLETTI** | Maheshwara Rao Molletti c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **BHASKARARAO NIMMADALA** | Bhaskararao Nimmadala c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **GANAPATHI RAO AKKIREDDI** | Ganapathi Rao Akkireddi c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |
| **SATYANARAYANA VANGAPANDU** | Satyanarayana Vangapandu c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST |
|---|---|---|
| **SRINU KALLA** | Srinu Kalla c/o Kaye Scholer LLP 250 West 55th Street, New York, NY 10019-9710 | Trafficking litigation claims: unliquidated |