**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

Signal International, Inc., *et al.*[1]

Debtors.

Chapter 11

Case No. 15-11498 (MFW)
Jointly Administered

**NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.      **Max Specialty Insurance Company nka Alterra Excess Company,** Attn: Steve Boesen, 4521 Highwoods Pkwy., Glen Allen, VA 23060, Phone: 800-446-6671, Fax: 804-287-6933

2.      **Hemant Khuttan,** c/o Alan Howard, Crowell & Moring, 590 Madison Ave., New York, NY 10022, Phone: 212-803-4021, Fax: 212-223-4134

3.      **Jamestown Metal Marine Sales, Inc.,** Attn: Chris Campanelli, 4710 NW Boca Raton Blvd., Boca Raton, FL 33431, Phone: 561-994-3900, Fax: 561-994-3969

4.      **Marmac, LLC dba McDonough Marine Service,** Attn: Rebecca Y. Cooper, 1750 Clearview Parkway, Ste. 201, Metairie, LA 70001, Phone: 504-780-8100, Fax: 504-780-8200

5.      **Canal Barge Company, Inc.,** Attn: Douglas S. Downing, CEO, 835 Union St., Ste. 300, New Orleans, LA 70112, Phone: 504-584-1575, Fax: 504-584-1529

6.      **Aby Karickathara Raju**, c/o Shane G. Ramsey, Kilpatrick Townsend, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036, Phone: 212-775-8767, Fax: 212-775-8804

7.      **Iju James**, c/o Kara Ford, Sutherland, Asbill & Brennan LLP, The Grace Building, Floor 40, 1114 Avenue of Americas, New York, NY 10036, Phone: 212-389-5016

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Tiiara N. A. Patton  for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 22, 2015

Attorney assigned to this Case: Tiiara N.A. Patton, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: M. Blake Cleary, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.