# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**SIGNAL INTERNATIONAL, INC., et al.** [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11498 (MFW)<br><br>Jointly Administered<br><br>**Sales and Bidding Procedures Hearing Date:**<br>**August 12, 2015 at 11:30 a.m. (ET)**<br>**Sales and Bidding Procedures Objection Deadline:**<br>**August 5, 2015 at 4:00 p.m. (ET)**<br>**Sale Hearing Date: TBD**<br>**Sale Objection Deadline: TBD** |

## NOTICE OF MOTION

TO:   (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE CREDITORS' COMMITTEE; (III) COUNSEL TO THE DIP LENDERS; (IV) STALKING HORSE BIDDER AND ITS COUNSEL; (V) COUNSEL TO ANY STATUTORILY-APPOINTED COMMITTEE; (VI) ENVIRONMENTAL PROTECTION AGENCY; (VII) TAXING AUTHORITIES FOR THE JURISDICTIONS TO WHICH DEBTORS ARE SUBJECT; (VIII) ALL ENTITIES KNOWN OR REASONABLY BELIEVED TO HAVE ASSERTED A LIEN ON ANY OF THE DEBTORS' ASSETS; (X) ALL CREDITORS WHO ARE KNOWN TO HAVE OR HAVE ASSERTED IN WRITING SECURED CLAIMS; (XI) EQUAL OPPORTUNITY EMPLOYMENT COMMISSION; (XII) ENTITIES REASONABLY KNOWN TO HAVE EXPRESSED A BONA FIDE INTEREST IN ACQUIRING THE DEBTORS' ASSETS DURING THE SIX MONTHS PRECEDING THE DATE OF THIS MOTION; (XIII) NON-DEBTOR COUNTER PARTIES TO THE CONTRACTS AND LEASES; AND (XIV) ALL PARTIES THAT, AS OF THE FILING OF THIS MOTION, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that Signal International, Inc., on behalf of itself and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") have filed the attached *Debtors' Motion for Entry of: (I) an Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066).  The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

*Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving Purchase Agreement, (B( Authorizing Sale Free and Clear of All Liens, Claims Encumbrances, and Other Interests, and (C) Granting Related Relief* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Motion must be filed on or before **August 5, 2015, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of your objection upon the proposed undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 12, 2015, AT 11:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:   July 22, 2015           YOUNG CONAWAY STARGATT & TAYLOR, LLP
         Wilmington, Delaware

*/s/ Jaime Luton Chapman*
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Proposed Counsel to the Debtors and Debtors in Possession*

01:17407735.1