IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 |
| Debtors. | (Joint Administration Requested) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before July 23, 2015, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors, and Fixing of Certain Dates** [Docket No. 89]

Dated: July 24, 2015

/s/ Stephanie Delgado
Stephanie Delgado

---

A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of July, 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

# EXHIBIT A

**Exhibit A**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| INOVx Solutions, Inc. | 114 Pacifica Ste 300 | Irvine | CA | 92618-3336 |
| M & I Electric Ind. Inc. | 1250 Wood Branch Park Dr Ste 600 | Houston | TX | 77079-1233 |