# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNAL INTERNATIONAL, INC., et al.[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 11 and 78 |

**AMENDMENT TO INTERIM ORDER AUTHORIZING DEBTORS IN POSSESSION TO (I) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, 363, AND 364, (II) GRANT LIENS AND SUPERPRIORITY CLAIMS TO POSTPETITION LENDERS PURSUANT TO 11 U.S.C. §§ 364; (III) USE CASH COLLATERAL, (IV) PROVIDE ADEQUATE PROTECTION TO PREPETITION CREDIT PARTIES AND MODIFYING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364; AND (V) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND (C) AND LOCAL BANKRUPTCY RULE 4001-2**

Upon the motion (the "**Motion**")[2] of the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, seeking entry of interim and final orders authorizing the Debtors to, among other things: (i) obtain postpetition financing, (ii) grant liens and superpriority claims to the DIP Lenders, (iii) use Cash Collateral, and (iv) provide adequate protection to the Pre-Petition Lender; and the Court having previously entered its Interim Order with respect to the relief requested in the Motion (the "**Interim Order**") [Docket No. 78]; and the Debtors and the DIP Lenders having agreed to amend the Interim Order and DIP Loan Agreement as set forth more fully herein; it is hereby ORDERED and DECREED that:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

01:17453857.3

1. The Interim Amount Limit under the DIP Facility as set forth in the Interim Order shall be increased to $4.0 million.

2. Clauses (n), (o) and (p) of Section 7.1 of the DIP Loan Agreement shall be amended and restated in their entirety to state as follows:

> "(n) The Bankruptcy Court shall not have entered an order approving the Borrower's assumption of the PSA on or before August 31, 2015.
>
> (o) The Final Order shall not have been entered by the Bankruptcy Court on or before August 31, 2015, or such later date as may be agreed to in writing by Lender in its sole discretion.
>
> (p) The Sale Procedures Order shall not have been entered by the Bankruptcy Court on or before August 31, 2015, or such later date as may be agreed to in writing by Lender in its sole discretion."

3. The DIP Loan Agreement shall be deemed to be amended automatically pursuant to this Order and without the necessity of the Borrower and Lender to take any additional action under Section 8.9 of the DIP Loan Agreement.

4. Except as otherwise provided herein, all provisions of the Interim Order and DIP Loan Documents shall remain in full force and effect.

Dated: August 11, 2015
Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE