# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Signal International, Inc., et al.,**[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 15-11498 (MFW)<br><br>(Jointly Administered) |

                                       **Objection Deadline: September 24, 2015 at 4:00 p.m.**
                                       **Hearing Date: Scheduled only if Necessary**

## NOTICE OF FILING OF EXPENSE REIMBURSEMENT APPLICATION

    **PLEASE TAKE NOTICE** that members of the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases have filed their *First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members* (the "**Application**") seeking reimbursement of actual and necessary expenses in the amount of $4,081.73 for attendance at the committee formation meeting.

    **PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 24, 2015 at 4:00 p.m. (Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:

        a.    the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Wilmington, DE 19801, Attn: Tiiara Patton;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

b. the Debtors, Signal International, Inc., RSA Battle House Tower, 11 North Water Street, Mobile, AL 36602, Attn: Chris Cunningham;

c. counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801; Attn: M. Blake Cleary; and

d. proposed counsel to the Official Committee of Unsecured Creditors, (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Bradford J. Sandler, and (b) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Robert J. Feinstein.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF ANY OBJECTIONS TO THE APPLICATION ARE FILED, A HEARING ON THE APPLICATION AND ANY SUCH OBJECTIONS WILL BE HELD AT THE CONVENIENCE OF THE BANKRUPTCY COURT.

Dated: September 3, 2015      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Robert J. Feinstein (*Admitted Pro Hac Vice*)
Bradford J. Sandler (Bar No. 4142)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rfeinstein@pszjlaw.com
            bsandler@pszjlaw.com

Proposed Counsel to the
Official Committee of Unsecured Creditors