# Exhibit A

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF SIGNAL INTERNATIONAL, INC. AND ITS AFFILIATES

### EXPENSE REIMBURSEMENT REPORT

| | | |
|---|---|---|
| 1. | Name of Company | SIGNAL INTERNATIONAL, INC. |
| 2. | Date of Meeting | 7-22-15 |
| 3. | Location of Meeting | Wilmington, DE |
| 4. | Name of Representative Attending Meeting | Hillary Jarvis |
| 5. | Reimbursable Expenses: | |

(a) Transportation:

(1) Air or Rail Fare  $ 305.00

(2) Personal automobile miles at $.55 per mile  $

(3) Taxi  $ 5.00

(4) Parking/Tolls  $ 6.00

(5) Other (describe)  $

(b) Lodging:

(1) Hotel (excluding meals)  $ 399.60

(c) Meals:

(1) Breakfast  $ 5.92

(2) Lunch  $

(3) Dinner  $ 11.96

**TOTAL REIMBURSEMENT SOUGHT**  $ 733.48

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Member's Representative
Incurring Expenses)

 Transaction Details Prepared for
C Caston Jarvis
Account Number
XXXX-XXXXXX-82005

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL 21 2015 | AMTRAK INTERNET SALEWASHINGTON DC | HILLARY C JARVIS | $239.00 |

Doing business as:

**AMTRAK.COM**

60 MASSACHUSETTS AVE NE

WASHINGTON

DC

20002

UNITED STATES

Additional Information: 1 (800) 872-7245

Reference: 320152030595887684

Category: Transportation - Rail Services

From

RVR

To

WAS

Ticket Number: 2020742521863

 Transaction Details Prepared for
C Caston Jarvis
Account Number
XXXX-XXXXXX-82005

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| JUL 21 2015 | **AMTRAK INTERNET SALEWASHINGTON DC** | HILLARY C JARVIS | $56.00 |

Doing business as:

**AMTRAK.COM**

60 MASSACHUSETTS AVE NE

WASHINGTON

DC

20002

UNITED STATES

From

WIL

To

RVR

Additional Information: 1 (800) 872-7245

Reference: 320152030595868325

Category: Transportation - Rail Services

Ticket Number: 2020620526513

 Transaction Details Prepared for
C Caston Jarvis
Account Number
XXXX-XXXXXX-82005

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL 22 2015 | UBER UBER 866-576-1039 CA | HILLARY C JARVIS | $5.00 |

Doing business as:

**UBER**

182 HOWARD ST

SAN FRANCISCO

CA

94105-1611

UNITED STATES

Additional Information: 8665761039

Reference: 320152030592388705

Category: Transportation - Taxis & Coach

 Transaction Details Prepared for
**C Caston Jarvis**
Account Number
**XXXX-XXXXXX-82005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL 21 2015 | 96999 - AMTRAK STATIRICHMOND VA | HILLARY C JARVIS | $6.00 |

Doing business as:

**AMTRAK STATION**

7519 STAPLES MILL RD

RICHMOND

VA

23228-4106

UNITED STATES

Additional Information: 3122742000
Reference: 320152030594241545
Category: Transportation - Parking Charges

**Transaction Details**

| Description | Price |
|-------------|-------|
| PARKING FEES | $6.00 |



# Receipt for The Mayflower Hotel, Autograph Collection, Washington

Jul 21, 2015 - Jul 22, 2015 Itinerary # 1111619907388

## Booked Items

**Hotel:** The Mayflower Hotel, Autograph Collection

1127 Connecticut Ave NW, Washington, DC20036

Check-in: 7/21/2015 | Check-out: 7/22/2015, 1 room| 1 night

## Traveler Information

**Hillary Jarvis**

Room 1: Deluxe Room

## Cost Summary

**Booked Date:** Jul 21, 2015

| | |
|---|---|
| **Room Price** | **$399.60** |
| 1 night | $349.00 |
| Taxes & Fees | $50.60 |

Total: **$399.60**
Collected by Expedia

Paid: **$399.60**
[AmericanExpress 1015]
All prices quoted in USD.

Faber Store # 1378
Amtrak Wilmington
200 E. Front St.
Wilmington, DE 19889

POPCORN WHITE CHEDDAR 3OZ        3.49
4741994
PURE LEAF SWEET TEA 18.5OZ        2.49 T
4075837
PURE LEAF SWEET TEA 18.5OZ        2.49 T
4075837
KING BAR CARAMEL ALMOND & SEA     3.49 T
4106327

SUBTOTAL                        $11.96
TOTAL                           $11.96
AMEX                            $11.96
PURCHASE
XXXXXXXXXX1015
PURCHASE
SWIPED
Approved, AAV information unavailable.
CID: Not checked
AUTH# 32924F
INVOICE #:   5114
07-22-15 16:53:49

ITEMS 4
07-22-15   04:50PM   1378 02 -5114   SHADARA

Thanks for shopping
Faber Stores

FULFILLING THE
NEEDS OF TRAVELERS

---

STARBUCKS Store #7759
50 Massachusetts Avenue, Space T-16
Washington, DC (202) 682-5895

CHK 662635
07/22/2015 07:31 AM
1829582   Drawer: 1   Reg: 3

Gr Icd Coffee                    2.65
Amex                             2.92
XXXXXXXXXXXXX1015

Subtotal                        $2.65
Tax 10%                         $0.27
Total                          $2.92
Change Due                     $0.00

---- Check Closed ----
07/22/2015 07:31 AM

New members get a FREE DRINK
join our loyalty program
My Starbucks Rewards (R)
Sign up for promotional emails
Visit Starbucks.com/re..rds
Or download our a.,p
At participating stores
Some restrictions apply

---

REG
***AMTRAK USA-RAIL
1 800
www.AMTRAK.COM
OR
07-21-2016 09:36:24
Wd
0900 0900.7467

$3.00
$3.00   Ti
$2.00   Cash
$0      CC
$0

Thank you, for traveling
AMTRAK
For Next Reservation
1-800-USA-RAIL

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF SIGNAL INTERNATIONAL, INC. AND ITS AFFILIATES

**EXPENSE REIMBURSEMENT REPORT**

| | | |
|---|---|---|
| 1. | Name of Company | <u>SIGNAL INTERNATIONAL, INC.</u> |
| 2. | Date of Meeting | <u>July 22, 2015</u> |
| 3. | Location of Meeting | <u>J. Caleb Boggs Federal Building</u> |
| | | <u>844 King Street, Room 2112</u> |
| | | <u>Wilmington, DE 19801</u> |
| 4. | Name of Representative Attending Meeting | <u>Iju James</u> |
| 5. | Reimbursable Expenses: | <u>$1745.20</u> |

(a) <u>Transportation</u>:

    (1)  Air or Rail. Fare             $912.70

    (2)  Personal automobile miles at $.55 per mile     $_____

    (3)  Taxi             $393.60

    (4)  Parking/Tolls             $_____

    (5)  Other (describe)             $_____

(b) <u>Lodging</u>:

    (1)  Hotel (excluding meals)             $438.90

(c) <u>Meals</u>:

    (1)  Breakfast             $_____

    (2)  Lunch             $_____

    (3)  Dinner             $_____

**TOTAL REIMBURSEMENT SOUGHT**          $1745.20

I hereby certify that the above expenses were incurred by Sutherland Asbill & Brennan LLP on behalf of Iju James in connection with Mr. James' attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Member's Representative
Incurring Expenses)
Bryan Ward on behalf of Sutherland Asbill &
Brennan LLP

DOCS_LA:290649.1 68700/001
27976610.1



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**

## Travel Summary          Agency Record Locator: RPNYSD

Traveler

JAMES/LJU

Reference number by traveler: 99050.2597

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|------|---------|---------------|---------------|------------|--------|
| 07/21/2015 | IAH-PHL | UA 1433 | 07:05 PM/11:36 PM | Economy | Confirmed |
| 07/21/2015 | PHL | Hotel du Pont Lifestyle | 07/21-07/22 | See description below | Confirmed |
| 07/22/2015 | PHL-IAD | UA 3336 | 08:17 PM/09:20 PM | Economy | Confirmed |
| 07/22/2015 | IAD-IAH | UA 434 | 10:16 PM/12:14 AM +1 | Economy | Confirmed |

## AIR - Tuesday, July 21 2015 (Flown)

### United Airlines  Flight UA1433  Economy Class

| | |
|---|---|
| Depart: | George Bush Intercntl<br>Houston, Texas, United States<br>07:05 PM Tuesday, July 21 2015 |
| Arrive: | Philadelphia International Airport<br>Philadelphia, Pennsylvania, United States<br>11:36 PM Tuesday, July 21 2015 |
| Duration: | 3 hour(s) and 31 minute(s) Non-stop |
| Status: | Confirmed - United Airlines Booking Reference: NXW14N |
| Seat: | 35D Confirmed |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.**<br>http://www.united.com/ |
| Remarks: | AISLE SEAT CONFIRMED |

## Limo / Car Service - Tuesday, July 21 2015

| | |
|---|---|
| Service Information: | COOPER GLOBAL CHAUFFEURE<br>TEL 770-455-9600<br>**Rate:** $60.00<br>HR-2.0HR MIN<br>**Confirmation:** 481627<br>**Pickup:** PHL AIRPORT AT 1136P<br>CHAUFFEUR WILL BE AT THE DESIGNATED AREA<br>**Dropoff:** HOTEL DU PONT LIFESTYLE-11TH AND M |

## HOTEL - Tuesday, July 21 2015

**Hotel du Pont Lifestyle**

| | |
|---|---|
| Address: | 11th and Market St |
| | Wilmington, DE 19801 |
| | United States |
| Tel: | +1 (302) 594-3100 |
| Fax: | +1 (302) 594-3108 |
| Check In/Check Out: | Tuesday, July 21 2015 - Wednesday, July 22 2015 |
| Status: | Confirmed |
| Confirmation: | 26974SB055702 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Rate per night: | USD 399.00 plus tax and/or additional fees |
| Guaranteed: | No |
| Additional Information: | KGNS |
| Description: | BCD TRAVEL CLASSIC ROOM 1 KING BED 32 INC |
| Remarks: | CANCEL 2 DAYS PRIOR TO ARRIVAL TO AVOID PENALTY |

## Limo / Car Service - Wednesday, July 22 2015

| | |
|---|---|
| Service Information: | COOPER GLOBAL CHAUFFEURE |
| | TEL 770-455-9600 |
| | **Rate: $60.00** |
| | **HR-2.0HR MIN** |
| | **Confirmation:** 481675 |
| | **Pickup:** J CALEB BOGGS FEDERAL BUILDING-WILMINGTON AT 0400P |
| | **Dropoff:** PHL AIRPORT |

## AIR - Wednesday, July 22 2015 (Flown)

**United Airlines  Flight UA3336  Economy Class**

| | |
|---|---|
| Depart: | Philadelphia International Airport |
| | Philadelphia, Pennsylvania, United States |
| | 08:17 PM Wednesday, July 22 2015 |
| Arrive: | Dulles Intl |
| | Washington, District of Columbia, United States |
| | 09:20 PM Wednesday, July 22 2015 |
| Duration: | 1 hour(s) and 3 minute(s) Non-stop |
| Status: | Confirmed - United Airlines Booking Reference: NXW14N |
| Seat: | 10B Confirmed |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** |
| | **http://www.united.com/** |
| Remarks: | AISLE SEAT CONFIRMED |

## AIR - Wednesday, July 22 2015 (Flown)

**United Airlines  Flight UA434  Economy Class**

| | |
|---|---|
| Depart: | Dulles Intl |
| | Washington, District of Columbia, United States |
| | 10:16 PM Wednesday, July 22 2015 |
| Arrive: | George Bush Intercntl |
| | Houston, Texas, United States |
| | 12:14 AM Thursday, July 23 2015 |
| Duration: | 2 hour(s) and 58 minute(s) Non-stop |
| Status: | Confirmed - United Airlines Booking Reference: NXW14N |
| Seat: | 27D Confirmed |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** |
| | **http://www.united.com/** |
| Remarks: | AISLE SEAT CONFIRMED |

## Remarks

THERE IS A 44.00 SERVICE FEE FOR EVERY TICKET
PROCESSED IN ADDITION TO THE AIRFARE.
THANK YOU FOR USING LAWYERS TRAVEL
TRAVEL OFFICE HOURS ARE 9A-6P EST MON-FRI
FOR EMERGENCY ASSISTANCE AFTER HOURS OR ON
THE WEEKENDS, PLEASE CALL TRAVEL HELPLINE
AT 888-824-6459
*****COOPER GLOBAL CHAUFFEURE 481627/RESERVATION L1*****
* CANCEL 2 HOURS PRIOR TO PICKUP TO AVOID CHARGES. *
* EXTENDED WAIT MAY INCUR ADDITIONAL CHARGES. *
* TOLLS AND PARKING NOT INCLUDED. *
*******************************************************
FARE INFO-UNITED
THIS TICKET IS NONREFUNDABLE / CHANGE SUBJECT TO FEE
AND ANY APPLICABLE FARE INCREASE.
*****COOPER GLOBAL CHAUFFEURE 481675/RESERVATION L2*****
* CANCEL 2 HOURS PRIOR TO PICKUP TO AVOID CHARGES. *
* EXTENDED WAIT MAY INCUR ADDITIONAL CHARGES. *
* TOLLS AND PARKING NOT INCLUDED. *
*******************************************************
FARE INFO-UNITDE
THIS TICKET IS NONREFUNDABLE / CHANGE SUBJECT TO FEE
AND ANY APPLICABLE FARE INCREASE.

## Invoice / Ticket Receipt

**Total Invoiced Amount: $912.70 USD**

**Transaction Date: July 21, 2015**
### Ticket Information
Ticket Number: 0167658111703
Amount: $868.70 USD
Form of Payment: TP*************0874

**This ticket information applies to the following travel segment(s):**
United Airlines Flight 1433 from Houston to Philadelphia on July 21
United Airlines Flight 3336 from Philadelphia to Washington on July 22
United Airlines Flight 434 from Washington to Houston on July 22

**Transaction Date: July 21, 2015**
### Service Fee Information
Service Fee Number: 8900649947725
Service Fee Amount: $44.00 USD
Form of Payment: TP*************0874
Service Fee Description: Air Ticket

This invoice was generated Monday, July 27, 2015 4:05 PM UTC. Agency Record Locator: RPNYSD



Cooper Global
Chauffeured Transportation.
2711 Peachtree SQ
Atlanta, GA 30360
770-455-9600

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2015 | 481627 |

**Bill To**

Sutherland, Asbill & Brennan LLP
Attn:  Mark Kaufman
999 Peachtree St NE
Atlanta, GA 30309-3996

| Purchase Order | Terms | Due Date | Sales Rep |
|----------------|-------|----------|-----------|
|  | Net 15 | 8/5/2015 | JB |

| Description | Rate | Amount |
|-------------|------|--------|
| Contact: Sutherland [481627] | 0.00 | 0.00 |
| Pass.   : LJU JAMES [LINDA.TRIEU@SUTHERLAND.COM] | 0.00 | 0.00 |
| Rate: Fixed rate $120 [Sedan] | 0.00 | 0.00 |
| From 7/21/2015 11:36PM to 7/22/2015 1:36AM | 0.00 | 0.00 |
| Pick Up: PHL  Philadelphia Intt Airport - UA # 1433@11:36 PM From IAH | 0.00 | 0.00 |
| Destination: HOTEL DU PONT LIFESTYLE - 11TH AND MARKET ST , WILMINGTON, DE | 0.00 | 0.00 |
| Trip Charges | 120.00 | 120.00 |
| Suggested Gratuity at 20.00% | 24.00 | 24.00 |
| STC Charge 10% | 12.00 | 12.00 |
| Parking | 6.00 | 6.00 |
|  | 0.00% | 0.00 |

| Total | $162.00 |
|-------|---------|
| **Previous Payments/Credits** | $0.00 |

| Phone # | Accounting E-mail | **Balance Due** | **$162.00** |
|---------|-------------------|-----------------|-------------|
| 770-455-9600 | accounting@cooper-global.com | | |



**Cooper-Global Chauffeured Transportation**
2711 Peachtree Square * Atlanta, GA 30360
Tel. (770) 455-9600 * (866) 723-LIMO * Fax (770) 454-7976
www.cooper-global.com * Email: reservations@cooper-global.com

## Transportation Receipt

| Client: | | Printed: | 7/28/2015 |
|---|---|---|---|
| Sutherland | | | 10:51 AM |

999 Peachtree Ste NE220
Atlanta, GA 30309

### Trip Description

| Confirmation : | **481675** | Vehicle Type : | Sedan |
|---|---|---|---|
| | | Chauffeur : | |
| Dept. # : | | GroupName: | |
| Placed by : | | | |
| Passenger : | LJU JAMES  m: (985)518-6425 | | |
| Pick Up Date : | 07/22/2015 | Drop Off Date : | 07/22/2015 |
| Pick Up Time : | 4:00 PM | Drop Off Time : | 5:00 PM |

Routing Information :

Pickup At :   J CALEB BOGGS FEDERAL BUILDING 844 KING STREET # WILMINGTON DE
19801

Dropoff At :   PHL Philadelphia Intt Airport UA3336, 8000 Essington Avenue # Philadelphia PA
19153

| Name : | Sutherland, Asbill & Brennan L | | |
|---|---|---|---|
| Payment Type : | **Account** | | |
| Card #: | Sutherland, Asbill & Brennan l | Base Trip Charges | $ 132.00 |
| | | Suggested Gratuity  20 % | $ 36.40 |
| | | Additional Charges | STC Charge 10%  $13.20 |
| | | | Wait Time - Affiliate  $50.00 |
| PO # : | | Tax: | $ 0.00 |
| | | Total: | $ 231.60 |
| Deposit: | | Deposit | $ 0.00 |
| | | Balance Due | $ 231.60 |

Please review all confirmation information for accuracy.  If any information is incorrect, please contact us.

Use our mobile apps to manage your trips online.   iPhone App   Android App
Cooper-Global can arrange for your ground transportation in over 1,400 cities around the world. Receive the same
professional, dependable chauffeured transportation everywhere you travel. For more information please contact us.

### Policies on Following Page



**Cooper-Global Chauffeured Transportation**
2711 Peachtree Square  *  Atlanta, GA 30360
Tel. (770) 455-9600  *  (866) 723-LIMO  *  Fax (770) 454-7976
www.cooper-global.com  *  Email: reservations@cooper-global.com

## Transportation Receipt

### General Policies
- Rates are subject to change and do not apply during special events.
- A suggested gratuity has been added for your convenience . The Payment of this suggested gratuity is subject to your complete discretion and may be increased, decreased, or eliminated entirely. Any gratuity received will be remitted in full to the chauffeur .
- Suggested gratuities apply to all vehicle types except coaches and executive coaches, in which case a service charge applies.
- Sales tax computed for Atlanta at 8% - Suggested Gratuities are not subject to sales tax.
- Limousine Transfers are not available between 3:00 PM Friday and 3:00 AM Sunday.
- Charges that are incurred such as sales tax, or other additional services requested by clients are billed at the actual cost.
- All airport trips to FBOs are priced as 1.5-hour minimum charters in sedans, SUVs, & passenger vans.
- All airport trips are subject to a airport access fee for parking, permits,  and airport AVI charges - minibuses, activity buses & coaches at $10.00 all other vehicles $6.00.
- Any trips incurring usage of the GA Peachpass HOT lane will have toll charges added to the bill at the conclusion of the trip .
- We are not liable for delays caused by mechanical issues , road closures, GPS mapping errors, accidents, airline delays, breakdowns, weather,  traffic, or conditions beyond our control.
- A $25 Holiday Surcharge will be added for New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Christmas Eve & Christmas Day.
- A credit card is required to place a reservation . The total estimated trip amount plus 10% will be pre-authorized prior to the trip.  After the trip has been completed our billing department will audit the final trip charges for any applicable additional charges/time and charge the trip to the card on file unless other accepted payment arrangements have been made.  We cannot send a vehicle without a valid credit card pre -authorization.  New clients will be required to send in a credit card authorization form with photo ID.
- Wedding transfers in a sedan within our Zone  4 area will be charged at $100 plus suggested gratuity, STC, & sales tax.
- We reserve the right to substitute the same or higher capacity vehicles when ordered vehicle type is not available at no additional charge and with no notice .
- We will make every effort to service your trip with a Cooper -Global chauffeur and vehicle, but we reserve the right to use a qualified affiliate partner chauffeur and vehicle when we are oversold or during peak times at our discretion without notice.
- Cooper-Global will not be held responsible for any personal belongings left in the vehicle or damaged incurred to personal belongings as a result of negligence.

### Vehicle Policies
- Smoking is not permitted in our vehicles.
- Wi-Fi service is not guaranteed to work due to coverage limitations.  Some data services such as video streaming have been disabled and or filtered.
- For your refreshment, we provide complimentary chilled bottled water in our sedans, suvs, & vans, & sodas in limousines and limousines, please call us for other requests.
- A $75 clean-up fee will be added for beverage service on minibuses and coach's.
- Any damages to vehicle will be billed at the cost of repairs to the credit card on file upon our sole discretion.
- Excessive clean-up including spills of staining fluids or ANY bodily fluids will incur additional charges at a minimum of  $300 upon our sole discretion.
- Vehicles are GPS and video recorder equipped for visual and audio recording of the safety of our personnel and the protection against civil liabilities in certain circumstances including accident documentation and of incidents which may warrant the manual activation of this system to document unruly, illegal or dangerous situations based solely upon our discretion.

### Wait & Travel Time
- Travel time for Atlanta locations within our zone 4 area is computed from the time the vehicle arrives at the pick-up point to the time it returns to the drop- off point (door-to-door).  Additional travel time will be added for locations beyond our zone 4 operating area.
- All Atlanta Airport transfers are subject to the following wait time :
  - No charge for vehicle departing the airport within 45 minutes of flight landed time.
  - Vehicle departing the airport after 45 minutes of flight landed time will be charged wait time at vehicle hourly rate.
- All transfers except commercial flights from Atlanta airport are subject to the following wait time :
  - First 15 minutes past scheduled pick up time is no charge.
  - After 15 minutes past scheduled pick up time wait time charges at the vehicle hourly rate will apply.
- Atlanta Chauffeur Meet & Greet - there is no charge for chauffeurs to meet you at the designated chauffeur waiting area near the entrance to the baggage claim area for your respective airline for all sedan, suv, & passenger van transfers.
- Atlanta arrival procedures for limousines, non-passenger vans, and buses arriving on a single flight are scheduled as curbside pick-up due to airport parking restrictions.  A separate greeter is available to meet you at the entrance of your flights baggage claim area for a  $50 charge plus sales tax.
- For group arrivals - greet staff is available for $40 per hour/per greeter with a 3 hour minimum plus sales tax.
- Vehicle GPS data will be used in cases where there are billing descrepancies with pick -up or drop-off times.

### Deposit Policy
*New Accounts*
- Over the road minibus and coach charters - require a 50% deposit upon reservation and 50% balance due 14 days prior to charter.

*Other Deposit Terms*
- Cooper-Global reserves the right to adjust deposit requirements based on volume of reservation(s), group or project.
- All Reservations for Proms & Special Events must be secured by a non-refundable deposit - 50% at booking & balance 14 days prior to pick up.

### Cancellation Policy
- Cancellation Policies are Subject to Change.
- Your trip is considered a late cancel if you cancel or change your scheduled pickup time within the following guidelines prior to your scheduled pickup :
  - 0 to 2 Hours before pick-up - Any vehicle cancelled within two hours of scheduled pickup will be a late cancel billed at the full trip price.
  - 0 to 2 Hours before pick-up - Sedans, SUVs, Passenger Vans, & Vanterras, late cancel billed at the full trip price.
  - 2 to 24 Hours before pick-up - International Trips in sedans, SUVs, Passenger Vans, & Vanterras, late cancel billed at the full trip price.
  - 2 to 48 Hours before pick-up - Stretch Limousines, Minibuses & Activity Buses, late cancel billed at the vehicle base rate multiplied by minimum hours plus sales tax.
  - 2 to 72 Hours before pick-up - Limobuses & Motorcoaches, late cancel billed at vehicle base rate multiplied by minimum hours plus service charges & sales tax.
- $100 Fee applies to Activity Bus cancelations due to weather.
- Customer failure to show at the designated pick up location will be charged a "No show" fee for the entire amount of the trip.  If you cannot locate your chauffeur, you must notify us by phone 770-455-9600 to avoid a "No Show" charge.
- We reserve the right to terminate a trip for unruly , threatening, or unsafe behavior by passengers at anytime.

**Mr. Bryan M Ward**
**pyg LJU James**
**United States**

James, Lju
**INFORMATION INVOICE**

A/R Number
Group Code        :
Company Name   :   BCD Travel

| | |
|---|---|
| Room No. | : 0534 |
| Arrival | : 07-21-15 |
| Departure | : 07-22-15 |
| Page No. | : 1 of 1 |
| Folio No. | : 345133 |
| Conf. No. | : 957557 |
| Cashier No. | : 46 |
| User ID | : PEDENDR |

Thank You For Staying With Us                    07-28-15

| Date | Text | Charges | Credits |
|---|---|---|---|
| 07-21-15 | LODGING | 399.00 | |
| 07-21-15 | State Lodging Tax | 31.92 | |
| 07-21-15 | City Tax | 7.98 | |
| 07-22-15 | American Express | | 438.90 |
| | XXXXXXXXXXX2001   XX/XX | | |
| | **Total** | **438.90** | **438.90** |
| | **Balance** | **0.00** | |

Guest Signature

| | | | |
|---|---|---|---|
| Merchant ID | | Credit Card # | XXXXXXXXXXX2001 |
| Transaction ID | 1056916 | Credit Card Expiry : | XX/XX |
| Approval Code | 159332 | Capture Method : | Manual |
| Approval  Amount : | 438.90 | Transaction Amount | 438.90 |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF SIGNAL INTERNATIONAL, INC. AND ITS AFFILIATES

### EXPENSE REIMBURSEMENT REPORT

| | | |
|---|---|---|
| 1. | Name of Company | Jamestown Metal Marine Sales Inc. |
| 2. | Date of Meeting | July 22, 2015 |
| 3. | Location of Meeting | Wilmington Delaware |
| 4. | Name of Representative Attending Meeting | Michael A. Cohen |
| 5. | Reimbursable Expenses: | $285.00 |

(a) Transportation:

   (1) Air or Rail. Fare        $    $285.00

   (2) Personal automobile miles at $.55 per mile        $

   (3) Taxi        $

   (4) Parking/Tolls        $

   (5) Other (describe)        $

(b) Lodging:

   (1) Hotel (excluding meals)        $

(c) Meals:

   (1) Breakfast        $

   (2) Lunch        $

   (3) Dinner        $

**TOTAL REIMBURSEMENT SOUGHT**        $    $285.00

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee
meeting or other authorized Committee business.

(Signature of Member's Representative
Incurring Expenses)

**Michael Cohen**

| | |
|---|---|
| **From:** | etickets@amtrak.com |
| **Sent:** | Tuesday, July 21, 2015 5:33 PM |
| **To:** | Michael Cohen |
| **Subject:** | Amtrak: eTicket and Receipt for Your 07/22/2015 Trip - MICHAEL COHEN |
| **Attachments:** | Cohen Michael 201507211733080753.pdf |

## SALES RECEIPT



Purchased: 07/21/2015 2:33 PM PTThank you for your purchase.

1. Retain this receipt for your records.
2. Print the attached eTicket and carry during your trip.

Merchant ID 0067160 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 38AA38NEW YORK PENN, NY - WILMINGTON, DE (Round-Trip)JULY 21, 2015
## Billing Information

MICHAEL A COHEN125 EAST 87TH STREETAPT.# 8DNEW YORK, NY 10128

**American Express** ending in 2019 (Purchase)Authorization Code 213827

**Total $285**

## Purchase Summary - Ticket Number 2020671605232

**Train 2109: NEW YORK (PENN STATION), NY - WILMINGTON, DE**Depart 8:00 AM, Wednesday, July 22, 2015
1 ACELA EXPRESS BUSINESS CL SEAT

**$179.00**

**Ticket Terms & Conditions**ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

Subtotal

**$179.00**

**Train 2164: WILMINGTON, DE - NEW YORK (PENN STATION), NY**Depart 1:11 PM, Wednesday, July 22, 2015
1 ACELA EXPRESS BUSINESS CL SEAT

$106.00

**Ticket Terms & Conditions**ACELA EXPRESS SERVICE, NO PARTIAL REFUND IF USED ON OTHER SERVICE

**Subtotal**

**$106.00**

**Total Charged by Amtrak**

**$285.00**

## Passengers

Michael Cohen

## Important Information

- Tickets are non-transferrable.
- Changes to your itinerary may affect your fare.
- Refund and exchange restrictions and penalties for failure to cancel unwanted travel may apply. If your travel plans change, call us before departure to change your reservation. If you do not board your train, your entire reservation from that point will be canceled. If you board a different train without notifying us, you will have to pay for it separately; the conductor cannot apply the money paid for your prior reservation. For all travel on or after March 1, 2014, for most Acela Express Business class reservations and Reserved Coach class reservations, you must cancel your reservation at least 24 hours prior to the train's departure in order to be eligible for a full refund. If the reservation is canceled within 24 hours of departure, a refund fee will apply. If the reservation is not canceled prior to scheduled departure ("no show"), the entire amount paid for the reservation will be forfeited. See the refund/exchange policy at Amtrak.com/refund.
- Summary of Conditions of Contract: Ticket valid for carriage or refund (subject to the refund rules of the fare purchased) for twelve months after date of issue unless otherwise specified. Amtrak tickets may only be sold or issued by Amtrak or an authorized travel agent/tour operator. Tickets sold or issued by an unauthorized third party will be voided by Amtrak. This ticket is a contract of carriage between Amtrak and the ticket holder, which is subject to specific terms and conditions, which are available for inspection at Amtrak ticket counters, on the Amtrak website at Amtrak.com/conditionsofcontract, or by calling 1-800-USA-RAIL. Tickets sold for non-Amtrak service are subject to the tariffs of the providing carrier.
- Questions? Contact us online at Amtrak.com/contact or call 1-800-USA-RAIL (1-800-872-7245) or TDD/TTY (1-800-523-6590).

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF SIGNAL INTERNATIONAL, INC. AND ITS AFFILIATES

### EXPENSE REIMBURSEMENT REPORT

| | | |
|---|---|---|
| 1. | Name of Company | **Canal Barge Company, Inc.** |
| 2. | Date of Meeting | **July 22, 2015** |
| 3. | Location of Meeting | **Wilmington, DE** |
| 4. | Name of Representative Attending Meeting | **Douglas S. Downing** |
| 5. | Reimbursable Expenses: | |

(a) <u>Transportation</u>:

    **(1)** Air or Rail Fare — $769.00

    (2) Personal automobile miles at $.55 per mile — $16.50

        **(30 Miles R/T Airport)**

    (3) Taxi — $

    (4) Parking/Tolls **(MSY Airport)** — $34.00

    (5) Other (describe) — $

(b) <u>Lodging</u>:

    (1) Hotel (excluding meals) — $438.90

(c) <u>Meals</u>:

    **(1)** Breakfast — $ 8.00

    (2) Lunch — $ 14.00

    (3) Dinner — $37.65

**TOTAL REIMBURSEMENT SOUGHT** — $1,318.05

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Member's Representative
Incurring Expenses)

*Travel  DKJ6A*



# US AIRWAYS

Your reservation

Book travel          Travel tools          AAdvantage          US Airways Vacations

## You're confirmed

Date issued:  Sunday, July 19, 2015

 Next stop: the airport  See terminal information and find your way.

Scan at any US Airways kiosk to check in.

Confirmation code:

DLJWC1    US Airways

## Need a car?

Get your wheels in Philadelphia, PA

Reserve your car now and earn AAdvantage with Alamo and National.

    

 Reserve now

## Need a hotel?

Get a room in Philadelphia, PA

You're sure to get the best rates here



 Book a hotel

## Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Douglas S Downing | KRL7558 (American Airlines) | 03724105749560 | |

| Day of departure phone | (504) 239-3991 | Email for receipt | ddowning@canalbarge.com |
|---|---|---|---|

## Trip details

 Download to Outlook



Total travel cost (1 passengers)

| | Adult |
|---|---|
| Your fare (Non-refundable) | |
| MSY to PHL (VB00ZNW1) | $338.05 |
| PHL to MSY (VB00ZNW1) | $338.04 |
| Taxes and fees | $92.91 |
| Subtotal | $769.00 |
| Number of passengers | x 1 |
| Total by passenger type | $769.00 |
| **Total fare (All passengers)** | **$769.00** |

⮡ Charged to Douglas S Downing
\*\*\*\*\*\*\*\*\*\*\*5452 (Visa)

You paid $769.00

## Helpful links

### Travel tools and tips

Airport information          Admirals Club

Airport security            Seated in an exit row?

About Gogo Wi-Fi

### Trip information

Manage your reservation     Change your seats

Join AAdvantage            Baggage policies

TSA regulations            Buy Gogo Wi-Fi

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | $0 | $0 |
| Checked bags (each way/per person)** | 1st bag | 2nd bag |
| Domestic (U.S., Puerto Rico, USVI, Canada) | $25 | $35 |
| Mexico/Caribbean/Central America*** | $25 | $40 |

Brazil / South America / Transpacific  

Transatlantic  

\*You're allowed 1 carry-on bag up to 45 in/115 cm or a soft-sided garment bag up to 51 in/130 cm, and 1 personal item that's smaller than your carry-on item (for example a purse, small briefcase or laptop bag).
\*\*1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.
\*\*\*First bag fee waived for Leon/Guanajuato, Guadalajara, Mexico City and Monterrey, Mexico; Port Au Prince, Haiti; Port of Spain, Trinidad and Tobago; Santo Domingo and Santiago, Dominican Republic; Kingston, Jamaica; Guatemala City, Guatemala; Managua, Nicaragua; San Pedro Sula and Tegucigalpa, Honduras. First and second bag fees waived for Panama City, Panama; San Salvador, El Salvador.

**1st, 2nd and 3rd checked bag fees waived**
- (Overweight / oversize fees still apply)
- Confirmed First and Business Class customers
- AAdvantage Executive Platinum (4th bag fee waived if confirmed in First/Business Class)
- oneworld Emerald (4th bag fee waived if confirmed in First/Business Class)
- Active U.S. military with ID and dependents traveling with them on orders (1st - 5th bags free of charge)
- Active U.S military with ID on personal travel

**1st and 2nd checked bag fees waived**
- (Overweight / oversize fees still apply)
- AAdvantage Platinum
- oneworld Sapphire

**1st checked bag fees waived**
- (Overweight / oversize fees still apply)
- AAdvantage Gold
- oneworld Ruby
- Eligible AAdvantage® Aviator™ and Citi® / AAdvantage® cardmembers
- Eligible US Airways Visa® cardmembers

**Other guidelines:**
- Overweight/oversize fees and fees for 3 or more bags apply. Read all baggage policies.
- If you're traveling with an infant, the child is allowed 1 fully collapsible stroller or 1 child restraint device or car seat (no charge). If you're traveling outside the U.S., Puerto Rico or USVI with an infant in lap, your child is also allowed 1 checked bag (checked bag fees apply - max 62 in/157 cm and 50 lbs/23 kg).
- If one or more of your flights is on a partner airline, please check with the other airline for information on optional fees.

Terms & conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- You must contact US Airways on or before your scheduled departure to cancel any or all of your flights. If you don't, your entire itinerary will be cancelled and there may be no remaining value to use toward another ticket.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Read more about all US Airways taxes and fees.
- You can cancel your reservation for a full refund within 24 hours of purchase if you booked 7 days or more prior to scheduled departure. To get a refund, you must call 800-428-4322 or 800-245-2966 (TTY).
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format. Air transportation on a partner airline is subject to that carrier's Contract of Carriage.

- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.

- Changes to the country of origin are not permitted, except for changes between the United States and U.S. Territories

- Send US your compliments and/or complaints

- Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials.

  Examples: Paints, lighter fluid, fireworks, tear gases, oxygen bottles, and radio-pharmaceuticals.

  There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage and certain smoking materials carried on your person. Go to usairways.com/hazmat for more info.



US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email. It is not monitored. If you'd like to contact us, please visit our website.

---

Scanned by IBM Email Security Management Services powered by MessageLabs. For more information please visit http://www-935.ibm.com/services/us/index.wss/offerfamily/iss/a1026954



**Mr. Doug Downing**
**american express**
**United States**

| | | |
|---|---|---|
| Room No. | : | 0930 |
| Arrival | : | 07-21-15 |
| Departure | : | 07-22-15 |
| Page No. | : | 1 of 1 |
| Folio No. | : | |
| Conf. No. | : | 957709 |
| Cashier No. | : | 67 |
| User ID | : | BOYENSB |

**INFORMATION INVOICE**

A/R Number
Group Code            :
Company Name       :

Thank You For Staying With Us                07-22-15

| Date | Text | Charges | Credits |
|---|---|---|---|
| 07-21-15 | LODGING | 399.00 | |
| 07-21-15 | State Lodging Tax | 31.92 | |
| 07-21-15 | City Tax | 7.98 | |
| | **Total** | **438.90** | **0.00** |
| | **Balance** | **438.90** | |

Guest Signature

DKSGA
Travel

**NEW ORLEANS INTERNATIONAL AIRPORT**
Receipt

ZZZ2-018Z80-01 09:18 07/22/15 23:57-000 00-0034 00

DKSGA    + mileage

*Travel Meal* $8

DKSGA




842048
SOUSILAND PRINTING
SHREVEPORT, LA.

Managed By: New South Parking

**EZ PARKER**
New Orleans Int'l International Airport

---

HOTEL DUPONT
GREEN ROOM BAR
1007 N. 11TH STREET
WILMINGTON DE, 19801
1.302.594.3100
Date:        Jul21'15 10:43PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX5452
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   ADE012557249559
Auth Code:   00329D
Check:       261
Server:      111 David J

Subtotal:        **12.00**

TIP              2.00

TOTAL            14,00

SIGNATURE

Guest Copy

---

Jet Rock Bar and Grill
Philadelphia International
B Terminal
OTG Management
CHECK:       726
SERVER:      265 CAMPAGNINI
DATE:        JUL22'15 6:39PM
CARD TYPE:   Visa
ACCT #:      XXXXXXXXXXX5452
EXP DATE:    XX/XX
AUTH CODE:   07106D
             DOUGLAS DOWNING

TOTAL:           **31.65**

Tip              6.00

Total            37.65

X
             SIGNATURE
           THANK YOU
    SIGNED COPY - MERCHANT
    SECOND COPY - CUSTOMER