IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **Signal International, Inc., et al.,**[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-11498 (MFW) <br><br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Bradford J. Sandler, hereby certify that on the 3rd day of September, 2015, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

**Notice of Filing of Expense Reimbursement Application;**

**First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members; Exhibit A.**

/s/ *Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

Signal International Fee Application Service List
Case No. 79035.002 (MFW)
Document No. 201664
02 – Hand Delivery
01 – Interoffice Mail
01 – First Class Mail


(Counsel to The Official Committee of Unsecured Creditors)
Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Interoffice Mail**
(Counsel to The Official Committee of Unsecured Creditors)
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY  10017

**Hand Delivery**
(United States Trustee)
Tiiara Patton, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Room 2207
844 King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Debtors)
M. Blake Cleary, Esquire
Jaime L. Chapman, Esquire
Travis G. Buchanan, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE  19801

**First Class Mail**
(Debtors)
Signal International, Inc.
Attn: Chris Cunningham
RSA Battle House Tower
11 N. Water Street
Mobile, AL  36602