**Exhibit 2**

**LIQUIDATION ANALYSIS**

**[TO BE PROVIDED]**