**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT**
**OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **PARTIES LISTED ON EXHIBIT I ATTACHED HERETO ARE RECEIVING THIS NOTICE BECAUSE THEY MAY BE A COUNTERPARTY TO A CONTRACT OR LEASE WITH SIGNAL INTERNATIONAL, INC. OR ONE OR MORE OF ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE THAT**, on July 12, 2015, Signal International, Inc. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE THAT**, on July 13, 2015, the Debtors entered into that certain Asset Purchase Agreement (as may be amended, the "**Stalking Horse APA**") by and among the Debtors and the Teachers' Retirement System of Alabama and the Employees Retirement System of Alabama (or their respective designees, if any) (collectively, the "**Stalking Horse Bidder**").

**PLEASE TAKE FURTHER NOTICE THAT**, on July 22, 2015, the Debtors filed the *Debtors' Motion for Entry of: (I) an Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief Motion of the Debtors* [D.I. 120] (the "**Motion**") with the Clerk of the Bankruptcy Court seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (i) the sale of substantially all of the Debtors' assets (the "**Acquired Assets**") free and clear of liens, claims, encumbrances and other interests, with all such liens, claims, encumbrances and other interests attaching with the same validity and priority to the sale proceeds, to the Stalking Horse Bidder or other Prevailing Purchaser (the "**Sale**"); and (ii) the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "**Assigned Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT**, on September 1, 2015, the Bankruptcy Court entered an order [D.I. 280] (the "**Sales and Bidding Procedures Order**") granting certain of the relief sought in the Motion, including, among other things, approving: (i) the sales and bidding procedures for the Sale of the Acquired Assets (the "**Sales and Bidding Procedures**"); and (ii) procedures for the assumption and assignment of Contracts and Leases (the "**Assumption and Assignment Procedures**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider approval of the Sale (the "**Sale Hearing**") is presently scheduled to take place on **November 24, 2015 at 2:00 p.m. (Prevailing Eastern Time) (or such later date as determined in accordance with the Sales and Bidding Procedures)** before the Honorable Mary F. Walrath, United States Bankruptcy Court, 824 Market Street N, 5th Floor, Courtroom No. 4, Wilmington, DE 19801.  The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

### Assumption and Assignment Procedures

**PLEASE TAKE FURTHER NOTICE THAT**, in connection with the Sale, the Debtors may seek to assume and assign some or all of the Contracts and Leases set forth on **Exhibit I** attached hereto.  In addition, the amounts, if any, necessary to be paid to cure and compensate for any existing defaults, whether arising prepetition or postpetition, in accordance with sections 365(b) and 365(f)(2) of the Bankruptcy Code, under each of the Contracts and Leases (the "**Cure Amounts**") are likewise set forth on **Exhibit I** attached hereto.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Sales and Bidding Procedures Order, in the event that the Debtors timely receive one or more Qualified Bids, other than the bid of the Stalking Horse Bidder, the Debtors will conduct an auction (the "**Auction**") for the Acquired Assets.  The Auction will be held at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 **at 10:00 a.m. (Prevailing Eastern Time) on October 14, 2015**, or such other place and time as the Debtors timely communicate to all entities entitled to attend the Auction.  Following the Auction, the Debtors will file with the Bankruptcy Court a supplement (the "**Supplement**"), which will, among other things, identify (i) the Prevailing Purchaser as the proposed purchaser of the Acquired Assets, (ii) the amount and form of consideration to be paid by the Prevailing Purchaser for the Acquired Assets, (iii) the Assumed Liabilities to be assumed by the Prevailing Purchaser, and (iv) the Contracts and Leases to be assumed by the Debtors and assigned to the Prevailing Purchaser in connection with the Sale, subject only to the Prevailing Purchaser's right prior to the Executory Contract Designation Deadline to amend such list to (a) add or remove any Contract or Lease or (b) modify the treatment of any Contract or Lease.  The Supplement will also include similar information relating to the Back-Up Bidder and the Back-Up Bid.  In addition, the Debtors will attach to the Supplement (i) any revised proposed order approving the Sale to the Prevailing Purchaser, (ii) copies of the Bidder APA of the Prevailing Purchaser and Back-Up Bidder submitted to the Debtors, and (iii) any additional information or documentation relevant to the Prevailing Bid and/or Back-Up Bid.  Within 48 hours of the conclusion of Auction, the Debtors will file the Supplement with the Bankruptcy Court and post the same on the website maintained by the Debtors' claims and noticing agent.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Assumption and Assignment Procedures, objections to the proposed Cure Amount, adequate assurance of future performance of obligations to be provided to the Contract Parties, and any other objections to the assumption and assignment of the Contract or Lease must: (i) be in writing; (ii) set forth the nature of the objector's claims against or interests in the Debtors' estates (if different than reflected in the Cure Notice); (iii) the basis for the objection; (iv) comply with all applicable Bankruptcy Rules and orders of the Bankruptcy Court; and (v) be filed with the Bankruptcy Court and served upon the following: (a) counsel to the Debtors: Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: M. Blake Cleary, Esq.) and Hogan Lovells US LLP, 875 Third Avenue, New York, NY 10022 (Attn: Christopher R. Donoho III, Esq.); (b) Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Tiiara N.A. Patton, Esq.); (c) counsel to the Stalking Horse Bidder and DIP Lender: Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203 (Attn: Derek F. Meek, Esq.) and Morris Nichols Arsht & Tunnell, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899 (Attn: Eric D. Schwartz, Esq. and Gregory W. Werkheiser, Esq.); and (d) counsel for the Committee: Pachulski Stang Ziehl & Jones, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Bradford J. Sandler, Esq.).  Objections to the proposed Cure Amount, the adequate assurance of future performance by the Stalking Horse Bidder, and any other objections to the

assumption and assignment of the Contract or Lease, other than to adequate assurance of future performance by Qualified Bidders other than the Stalking Horse Bidder (collectively, the "**Contract Objections**") must be filed and served by no later than the **Sale Objection Deadline of <u>October 13, 2015 at 4:00 p.m.</u> (Prevailing Eastern Time)**. Any objections to the adequate assurance of future performance obligations by Qualified Bidders other than the Stalking Horse Bidder ("**Adequate Assurance Objections**") must be filed and served no later than **<u>4:00 p.m. (Prevailing Eastern Time) on November 3, 2015</u>** (the "**Adequate Assurance Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE THAT**, under the terms of the Assumption and Assignment Procedures, if at any time after the entry of the Sales and Bidding Procedures Order, the Debtors or any Qualified Bidder identify additional Contracts or Leases that may be assumed and assigned to the Stalking Horse Bidder or other Prevailing Purchaser as Assigned Contracts (whether before or after closing of the Sale), as applicable, the Debtors shall file with the Bankruptcy Court and serve a supplemental Cure Notice on the applicable Contract Party (and its attorney, if known) by mail (and email or fax if known) (the "**Supplemental Cure Notice**"). For a Contract Party listed on a Supplemental Cure Notice, (i) the deadline to file Contract Objections shall be the later of (a) seventeen (17) days after the date the Supplemental Cure Notice is served and (b) the Sale Objection Deadline and (ii) the deadline to file Adequate Assurance Objections shall be the later of (a) the Contract Party's deadline to file Contract Objections and (b) the Adequate Assurance Objection Deadline. If the Supplemental Cure Notice provides for a deadline to file Contract Objections that is after the date of the Sale Hearing, unless the Contract Party timely files and serves an objection as set forth herein to the Supplemental Cure Notice, the Debtors shall be authorized to assume and assign the applicable Contract or Lease, subject to the expiration of the applicable deadline to file a Contract Objection and the occurrence of the Closing, without further order or notice of hearing.

**PLEASE TAKE FURTHER NOTICE THAT**, if a timely objection is received as set forth herein and such objection cannot otherwise be resolved by the parties, the Bankruptcy Court may hear such objection at the Sale Hearing or on such other date and time as may be set by the Bankruptcy Court or agreed to by the Debtors and the Prevailing Purchaser.

**PLEASE TAKE FURTHER NOTICE THAT** the determination whether a Contract or Lease is to be assumed and assigned is subject to a subsequent decision by the Prevailing Purchaser(s) to be made prior to the Executory Contract Designation Deadline and to approval by the Bankruptcy Court at the Sale Hearing. Consequently, the listing of a Contract or Lease on **Exhibit I** attached hereto is not an indication of whether the Contract or Lease will be assumed and assigned or rejected. The listing of any Contract or Lease on any Cure Notice does not constitute an admission by the Debtors that such Contract or Lease is an executory contract or unexpired lease or that the Debtors have any liability thereunder.

**PLEASE TAKE FURTHER NOTICE THAT** the listing of a Contract or Lease on **Exhibit I** attached hereto shall **not** be deemed or construed as a limitation or waiver of the Debtors' ability to amend, modify, or supplement this Cure Notice with an updated Cure Amount for a particular specified Contract or Lease, which updated Cure Amount may be lower than the original Cure Amount listed herein for such particular Contract or Lease.

<u>**CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION**</u>

**PLEASE TAKE FURTHER NOTICE THAT, absent further order of the Bankruptcy Court, any Contract Party that fails to timely object as set forth herein shall be (i) forever barred from objecting to the assumption and assignment of any Assigned Contract identified on <u>Exhibit I</u>, including, without limitation, asserting any additional cure payments, and requesting additional adequate assurance of future performance, (ii) deemed to have consented to the applicable Cure Amount, if any, and to the assumption and assignment of the applicable Assigned Contract, (iii) bound to such corresponding Cure Amount, if any, (iv) deemed to have agreed that the Prevailing Purchaser has provided adequate assurance of future performance within the meaning of section 365(b)(1)(c) of the Bankruptcy Code, (v) deemed to have agreed that all defaults under the applicable Assigned Contract arising or continuing prior to the effective date of the assignment have been**

3

**cured as a result or precondition of the assignment, such that the Prevailing Purchaser or the Debtors shall have no liability or obligation with respect to any default occurring or continuing prior to the assignment, and from and after the date of the assignment the applicable Assigned Contract shall remain in full force and effect for the benefit of the Prevailing Purchaser and such entity in accordance with its terms, (vi) deemed to have waived any right to terminate the applicable Assigned Contract or designate an early termination date under the applicable Assigned Contract as a result of any default that occurred and/or was continuing prior to the assignment date, and (vii) deemed to have agreed that the terms of the Sale Order shall apply to the assumption and assignment of the applicable Assigned Contract.**

### Obtaining Additional Information

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion, the Stalking Horse APA, the Sales and Bidding Procedures Order, the Sales and Bidding Procedures, the Supplement (if applicable), and any other related documents are available upon request to the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, at 888-830-4665 (toll free) or 310-751-2648 (international callers), or by visiting the website maintained in these chapter 11 cases at www.kccllc.net/signal.

Dated: September 9, 2015    YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

/s/ Jaime Luton Chapman
M. Blake Cleary (No. 3614)
Jaime Luton Chapman (No. 4936)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 King Street
Wilmington, Delaware 19801
Telephone: (302) 573-7799
Facsimile: (302) 571-1253

*Counsel for the Debtors and Debtors in Possession*

| SUMMARY OF KEY EVENTS AND DEADLINES[2] | DATE |
|---|---|
| **Sale Objection Deadline** (deadline for Contract Objections and all objections to the Sale to the Stalking Horse Bidder and entry of the Sale Order) | **October 13, 2015 at 4:00 p.m. (ET)** |
| **Bid Deadline** | **October 13, 2015 at 5:00 p.m. (ET)** |
| **Auction (if necessary)** | **October 14, 2015 at 10:00 a.m. (ET)** |
| **Deadline for Debtors to File Supplement** | **Within 48 hours of the conclusion of Auction** |
| **Auction and Adequate Assurance Objection Deadlines** (deadline for any objections to the conduct of the Auction, the terms of a Sale to a Prevailing Purchaser other than the Stalking Horse Bidder, and the adequate assurance of future performance obligations by Qualified Bidders other than the Stalking Horse Bidder) | **November 3, 2015 at 4:00 p.m. (ET)** |
| **Sale Hearing** | **November 24, 2015 at 2:00 p.m. (ET)** |

---

[2] All dates, times, and deadlines are subject to change or modification in accordance with the Sales and Bidding Procedures Order. Please see the Sales and Bidding Procedures Order for additional information.

# **EXHIBIT I**

## **Schedule of Contracts and Leases**

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| A.P. Moller - Maersk A/S | Customer Contracts | Framework Agreement for the storage of a thruster unit. (A156L), including all purchase orders and subcontracts | 0.00 |
| ACC Business | Service Agreement | Internet, MPLS and SIP Trunk services | 51,881.80 |
| Ace American Insurance Co. | Insurance Policy | International / Foreign Package - PHFD37575756 003 | 0.00 |
| Advanced Technical Staffing Solutions | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| AEP River Operations LLC | Property Lease | Sublease of Barge Mooring Facility South of Yard 8 - Located in Mobile, AL | 0.00 |
| AGCS Marine Insurance Co. | Insurance Policy | Marine General Liability - OML 92008902 | 0.00 |
| AGCS Marine Insurance Co. | Insurance Policy | $15M x/s $100M Excess Bumpershoot - OXL 92008905 | 0.00 |
| AGCS Marine Insurance Co. | Insurance Policy | $75M x/s $25M Excess Bumpershoot - OXL 92008904 | 0.00 |
| AGCS Marine Insurance Co. | Insurance Policy | Primary $25M Bumpershoot - OXL92008903 | 0.00 |
| Air Liquide America, L.P. | Service Agreement | Bulk Gas/Product Supply Agreement | 1,000.00 |
| AISG, Inc. | Service Agreement | PRI Services and Equipment | 0.00 |
| Alabama Power Company | Utility Agreement | | 0.00 |
| Alabama Power Company | Utility Agreement | | 0.00 |
| Alabama Power Company | Utility Agreement | | 0.00 |
| Alabama Power Company | Utility Agreement | | 0.00 |
| Alion Science and Technology Corporation | Property Lease | Property Lease - Office Building and Parking Lot - Located in Pascagoula, MS | 0.00 |
| Alliance Mechanical Solutions | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Allied World Assurance Co. | Insurance Policy | Excess Property - 0306-3337-1A | 0.00 |
| American Longshore Mutual Association (ALMA) | Insurance Policy | USL&H - 2nd Injury Fund Est. Contribution - ALMA00311-08 | 0.00 |
| American Longshore Mutual Association (ALMA) | Insurance Policy | USL&H - Deposit Contribution - ALMA00311-08 | 0.00 |
| American Longshore Mutual Association (ALMA) | Insurance Policy | USL&H - MEL Premium - ALMA00311-08 | 0.00 |
| Ameri-Force Craft Services | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| ANSYS, Inc. | IT Agreement | Geometry Interface for SAT and DesignModeler - Lease | 10,753.67 |
| Applied Software | IT Agreement | Product Design Suite Ultimate Maintenance Subscription | 30,375.00 |
| Aspen Specialty Insurance Co. | Insurance Policy | Excess Property - PXA6GRM15 | 0.00 |
| Aspen Specialty Insurance Co. | Insurance Policy | Primary Property - PRA823Y15 | 0.00 |
| AT&T Mobility | Service Agreement | Cell Phone Services | 8,207.88 |
| Atlantic Specialty Insurance Co. | Insurance Policy | Marine General Liability - B5JH9035815 | 0.00 |
| Atra Holland B.V. | Agency Agreement | Non-exclusive Agent for purposes of soliciting repair services on Netherlands/Belgium registered or controlled vessels | 0.00 |
| AXIS Insurance Company | Insurance Policy | D&O/EPLI - MAN788530/01/2015 | 0.00 |
| AXIS Surplus Insurance Co. | Insurance Policy | Primary Property - EAF 750409/01/2015 | 0.00 |
| Beerman Precision | Service Agreement | Consignment Agreement | 6,438.08 |
| Bevel Tech Group, Inc. | Equipment Rental | Rental terms and conditions | 0.00 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| BKG & Company, Inc. | Agency Agreement | Non-exclusive Agent for purposes of soliciting repair services from Brazilian companies | 0.00 |
| Bro-Tex International Metals | Customer Contracts | Refloat and Mobilize Rig - Ocean Saratoga (S627), including all purchase orders and subcontracts | 0.00 |
| Bullseye Telecom | Service Agreement | | 0.00 |
| Cal Dive Offshore Contractors, Inc. | Customer Contracts | Master Services Agreement | 0.00 |
| Canal Barge Company, Inc. | Service Agreement | Master Barge Bareboat Charter Agreement | 0.00 |
| Catlin Insurance Co. Inc. | Insurance Policy | Hull & Machinery - HLO-4550-0115 | 0.00 |
| Christopher Cunningham | Employment Contract | Sr. VP & CFO | 0.00 |
| Cintas Corporation | Service Agreement | Uniform Services Agreement | 1,135.56 |
| Cintas Corporation | Service Agreement | Uniform Services Agreement | 365.20 |
| Cisco Systems Capital Corp | Equipment Lease | Computer Equipment - TFV95069 | 1,718.81 |
| Cisco Systems Capital Corp | Equipment Lease | Fiber Optic Cable - TFV70872 | 0.00 |
| CIT Technology Financing Svcs | Equipment Lease | Copiers - 900-0222080-000 | 341.00 |
| CIT Technology Financing Svcs | Equipment Lease | Copiers - 900-0222081-000 | 0.00 |
| City of Orange | Property Lease | Property Lease - TX - Parking Lot at the corner of Simmons and Green Avenue - Located in Orange, TX | 0.00 |
| Coastal Weather Research Center | Service Agreement | Weather Alert Notifications | 3,300.00 |
| Complete Equipment, LLC | Property Lease | Property Lease - Yard 1 - Located in Mobile, AL | 1,100.49 |
| Core Group Resources | Contract Labor Agreement | Staffing agreements for executive/admin workers | 0.00 |
| CSX Transportation, Inc. | Property Lease | Property Lease - MS West Yard, CSX Agreement No. CSX-027354 - Land Only - Located in Pascagoula, MS | 0.00 |
| CSX Transportation, Inc. | Property Lease | Property Lease - MS West Yard, CSX Agreement No. CSX-029422 Wireline Crossing Agreement - Located in Pascagoula, MS | 0.00 |
| CSX Transportation, Inc. | Property Lease | Property Lease - MS West Yard, CSX Agreement No. CSX-029423 - Pipeline Crossing Agreement - Located in Pascagoula, MS | 0.00 |
| Dassler Schiffahrts-und Handelsgesellschaft mbH | Agency Agreement | Exclusive Agent for purposes of soliciting repair services on German registered or controlled vessels | 0.00 |
| Deltacom | Service Agreement | Services for local telephone numbers | 4,839.57 |
| Deltek, Inc. | IT Agreement | Computer Software Licenses | 20,040.74 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 009-0930035-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 010-0930806-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 010-0932107-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 010-0932467-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 010-0941108-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 014-0773545-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 014-0798909-000 | 0.00 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| DEX imaging, Inc. | Equipment Lease | Copiers - 500-0380342-000 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0032948 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0032948-005 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0033186-001 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373 Pt A | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373 Pt B | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373-002 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373-004 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373-005 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373-006 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 603-0906373-008 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 7711396-002 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 7711396-003 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 7711396-004 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 7801617-001 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 7801617-002 | 0.00 |
| DEX imaging, Inc. | Equipment Lease | Copiers - 7801617-003 | 0.00 |
| Diamond Offshore Company | Customer Contracts | Master Services Agreement | 0.00 |
| Diamond Offshore Company | Customer Contracts | Stacking Agreement for the Ocean Star (S604), including all purchase orders and subcontracts. | 0.00 |
| Dixstone Holdings LTD | Customer Contracts | Stacking Agreement for the TIKO-1 (S621), including all purchase orders and subcontracts | 0.00 |
| Eidesvik A/S | Customer Contracts | Repairs to the M/V Viking Poseidon (A208L), including all purchase orders and subcontracts | 0.00 |
| Empire Scaffold | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Endurance American Specialty Insurance Co. | Insurance Policy | Excess Property - CPN10006371300 | 0.00 |
| E-Source Holdings, LLC | Customer Contracts | Contract to scrap the Mr. Gus (S320), including all purchase orders and subcontracts | 0.00 |
| E-Source Holdings, LLC | Vendor Agreement | Agreement to remove and dispose of designated scrap material (S553) and (S575) | 0.00 |
| E-Source Holdings, LLC | Vendor Agreement | Agreement to remove and dispose of designated scrap material (S593) | 0.00 |
| Essex Insurance Company | Insurance Policy | Inland Marine - 9CC8825-5 | 0.00 |
| F&S Marine | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Federal Communications Commission | Service Agreement | FCC Radio Service Authorization | 0.00 |
| Federal Communications Commission | Service Agreement | FCC Radio Service Authorization | 0.00 |
| Flexicrew Staffing, Inc. | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| G&K Services, Inc. | Service Agreement | Uniform Services Agreement | 8,503.73 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| GE Capital | Equipment Lease | Copiers - 7801617-001 | 297.77 |
| GE Capital | Equipment Lease | Copiers - 7801617-002 | 86.67 |
| GE Capital | Equipment Lease | Copiers - 7711396-002 | 79.00 |
| GE Capital | Equipment Lease | Copiers - 7711396-003 | 344.54 |
| GE Capital | Equipment Lease | Copiers - 7711396-004 | 286.76 |
| GE Capital | Equipment Lease | Copiers - 7801617-003 | 0.00 |
| Genesis Technical Staffing, Inc. | Contract Labor Agreement | Staffing agreements for engineers | 0.00 |
| Great American Insurance Co. of New York | Insurance Policy | Work Comp (State Act) - WC409581100 | 0.00 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 009-0930035-000 | 209.72 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 010-0930806-000 | 489.23 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 010-0932467-000 | 104.86 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 010-0941108-000 | 907.36 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 014-0773545-000 | 112.00 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 014-0798909-000 | 405.51 |
| GreatAmerica Leasing Corp | Equipment Lease | Copiers - 010-0932107-000 | 0.00 |
| Gulf Coast Marine Supply, Inc. | Service Agreement | Price and Delivery Agreement for Goods | 6,335.39 |
| Gulf Sales & Supply Inc. | Service Agreement | Price and Delivery Agreement for Goods | 32,019.03 |
| Helix Energy Solutions Group, Inc. (formerly Cal Dive International Inc.) | Customer Contracts | Contract for work on the Helix 534 (S635), including all purchase orders and subcontracts | 0.00 |
| Helix Energy Solutions Group, Inc. (formerly Cal Dive International Inc.) | Customer Contracts | Drydock and repairs to the Helix 534 (A220) (See S635), including all purchase orders and subcontracts | 0.00 |
| Helix Energy Solutions Group, Inc. (formerly Cal Dive International Inc.) | Customer Contracts | Master Services Agreement | 0.00 |
| Helix Energy Solutions Group, Inc. (formerly Cal Dive International Inc.) | Customer Contracts | Stacking Agreement for the Helix 534 (S639), including all purchase orders and subcontracts. | 0.00 |
| Hercules Offshore Corp | Customer Contracts | Equipment storage agreement (S325), including all purchase orders and subcontracts | 0.00 |
| Hercules Offshore Corp | Customer Contracts | Stacking Agreement for the Hercules - H265 (S552), including all purchase orders and subcontracts | 0.00 |
| Hornbeck Offshore Operators, LLC | Customer Contracts | Master Services Agreement | 0.00 |
| Houston Casualty Co. | Insurance Policy | Primary Property - CUL60133.015 | 0.00 |
| Hutco Inc. | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Impact Marine & Industrial Services | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Jackson County Port Authority | Property Lease | Property Lease - MS Dry-dock Facility Operating Agreement - Located in Pascagoula, MS | 7,602.44 |
| Jackson County Port Authority | Property Lease | Property Lease - MS East Yard - Located in Pascagoula, MS | 16,438.36 |
| Jackson County Port Authority | Property Lease | Property Lease - MS West Yard - Located in Pascagoula, MS | 0.00 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| Jackson County Port Authority | Property Lease | Property Lease - USCG Aid to Navigation Lease No. HSCG82-09-L-8N3004 - Located in Pascagoula, MS | 0.00 |
| Jerry Hughes Realty, Inc. | Property | Commercial Real Estate Listing Agreement | 0.00 |
| Jerry Pitman | Contract Labor Agreement | Staffing agreements for engineers | 0.00 |
| Knights Marine & Industrial Services | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| L. Zambounis & Associates Co. LTD | Agency Agreement | Non-exclusive Agent for purposes of soliciting repair services on Greek registered or controlled vessels | 0.00 |
| Leaf Capital Funding, LLC | Equipment Lease | Copiers - 100-1705647-001 - Orange, TX (Buckley) | 6,389.13 |
| Leaf Capital Funding, LLC | Equipment Lease | Copiers - 100-1705647-002 - Orange, TX (Buckley) | 991.20 |
| Liberty Mutual Insurance Co. | Insurance Policy | $75M x/s $25M Excess Bumpershoot - 3AAACZZS005 | 0.00 |
| Liberty Mutual Insurance Co. | Insurance Policy | Primary $25M Bumpershoot - ATAAR5OU003 | 0.00 |
| Liberty Surplus Insurance Corp. | Insurance Policy | Excess Property - 1000079083-02 | 0.00 |
| Linea Peninsular, Inc. | Customer Contracts | Repairs to the M/V Guadalupe (A204L), including all purchase orders and subcontracts | 0.00 |
| Lloyd's | Insurance Policy | Primary Property - 3CPO-150025 / NA-150001 | 0.00 |
| Manson Construction Co. | Customer Contracts | Master Services Agreement | 0.00 |
| Manuel Otano | Consulting Agreement | Sales efforts in Mexico, Central and South America | 0.00 |
| Markel International Insurance Co. Ltd. on behalf of Lloyd's syndicates | Insurance Policy | $75M x/s $25M Excess Bumpershoot - CA7201B14M2A-2 | 0.00 |
| Markel International Insurance Co. Ltd. on behalf of Lloyd's syndicates | Insurance Policy | Primary $25M Bumpershoot - CA7201B14MZA-1 | 0.00 |
| Marland Technical Services Ltd. | Agency Agreement | Non-exclusive Agent for purposes of soliciting repair services on Hong Kong registered or controlled vessels | 0.00 |
| Martechnik Spares Engineering | Agency Agreement | Non-exclusive Agent for purposes of soliciting repair services on Singaporean/Malaysian registered or controlled vessels | 0.00 |
| Matheson Tri-Gas, Inc. | Service Agreement | Bulk Gas/Product Supply Agreement | 33,746.85 |
| Maxum Indemnity Co. | Insurance Policy | Excess Property - MSP 6014560-05 | 0.00 |
| Maxum Industries, LLC | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| MCG Contracting | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Mike Mullen Energy Equipment Resource, Inc. | Scrap Agreement | Agreement regarding the disposal and scrap of the MR. GUS II | 94,574.14 |
| Mississippi Coast Foreign Trade Zone, Inc. | Service Agreement | Service Agreement - Foreign Trade Zone User Agreement | 12,680.00 |
| Mississippi Power Company | Utility Agreement | | 0.00 |
| MLCFC 2007-7 Highway 6 Office, LLC (new owners B.H. Commercial Portfolio, LLC) | Property Lease | Property Lease - Office Space - Located in Houston, TX | 850.60 |
| Mobile Foreign-Trade Zone Corp. | Service Agreement | Foreign Trade Zone User Agreement | 0.00 |
| Mobile Modular Management Corp. | Equipment Rental | Rental of 8 x 40 Container Office | 324.75 |
| Morriss River Property, LLC | Property Lease | Property Lease - Yard 7 - Located in Mobile, AL | 0.00 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| Navigators Insurance Co. | Insurance Policy | $75M x/s $25M Excess Bumpershoot - HO15LIA00213801 | 0.00 |
| NewStar Equipment Finance I, LLC (assigned from Regions Commercial Equipment Finance, LLC) | Equipment Lease | Master Lease Agreement - Schedule EFA-2 - Kranendonk | 0.00 |
| NewStar Equipment Finance I, LLC (assigned from Regions Commercial Equipment Finance, LLC) | Equipment Lease | Master Lease Agreement - Schedule EFA-3 - Barge | 0.00 |
| Noble Drilling (U.S.) Inc. | Customer Contracts | Master Services Agreement | 0.00 |
| NSC Technologies, Inc. | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Ocean Installer Texas Inc. | Customer Contracts | Repairs to the Norman Clipper (A217), including purchase orders and subcontracts | 0.00 |
| Oceaneering International | Customer Contracts | Removal and installation of ROV equipment on Joe Douglas (S637), including all purchase orders and subcontracts | 0.00 |
| Oceaneering International, Inc. | Customer Contracts | Assist with repairs/modifications to Oceaneering equipment on the Norman Clipper (A218), including all purchase orders and subcontracts | 0.00 |
| ParkWest Staffing | Contract Labor Agreement | Staffing agreements for executive/admin workers | 0.00 |
| Permanent Workers, LLC | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Peter C. Maschke | Consulting Agreement | Ship Repair Sales | 0.00 |
| Pinto Island Land Company | Property Lease | Lease of Yard 8 - Located in Mobile, AL | 0.00 |
| Pitney Bowes Global Financial Services | Equipment Lease | Postage Machine - Corporate Office in Mobile, AL | 705.00 |
| Pitney Bowes Global Financial Services | Equipment Lease | Postage Machine in Pascagoula, MS | 734.05 |
| Praxair, Inc. | Service Agreement | Bulk Gas/Product Supply Agreement | 50,735.27 |
| Precious Shipping PCL | Customer Contracts | Repairs to the M/V Fonthida Naree (A209L), including all purchase orders and subcontracts | 0.00 |
| Quilha Engenharia Navale Representacoes | Agency Agreement | Exclusive Agent for purposes of soliciting repair services on Brazilian registered or controlled vessels | 0.00 |
| RAP, LLC | Property Lease | Lease of Yard 12 - Located in Mobile, AL | 2,121.23 |
| Red-D-Arc Inc. | Equipment Lease | Lease of Welders | 10,507.94 |
| Regions Bank | Credit Card | Visa | 0.00 |
| Richard L. Marler | Employment Contract | President & CEO | 0.00 |
| Rigzone.com | Service Agreement | Subscription for rig location notifications | 1,875.00 |
| Robert A. Beckmann | Employment Contract | Sr. VP/General Manager | 0.00 |
| Rolls Royce Marine | Customer Contracts | Fabricate Thruster Can Modules and Support Stands for the Helix 534 (S619), including all purchase orders and subcontracts | 0.00 |
| Ronald Schnoor | Employment Contract | Sr. VP/General Manager | 0.00 |
| Rowan Drilling US Limited | Customer Contracts | Contract for work on the Rowan Cecil Provine Rig #39 (S613), including all purchase orders and subcontracts | 0.00 |
| Rowan Drilling US Limited | Customer Contracts | Crane Boom Rest Fabrication for the Joe Douglas Rig #78 (S626), including all purchase orders and subcontracts | 0.00 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| Rowan Drilling US Limited | Customer Contracts | Master Services Agreement | 0.00 |
| Rowan Drilling US Limited | Customer Contracts | RC Drive Pipe Platform Fabrication for the Joe Douglas Rig #78 (S628), including all purchase orders and subcontracts | 0.00 |
| Sara Weyant-Bunn | Consulting Agreement | IT Consultant | 0.00 |
| Seacor Marine LLC | Customer Contracts | Vendor Master Services Agreement and Hold Harmless | 0.00 |
| Shipyard Supply, Inc. | Service Agreement | Price and Delivery Agreement for Goods | 26,894.40 |
| Shore Construction, LLC | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Signet Maritime Corporation | Service Agreement | Master Time Charter Agreement | 0.00 |
| Simitar, LLC | Service Agreement | Analytical Advantage Program consulting services | 8,000.00 |
| Sirius Technical Services, Inc. | Contract Labor Agreement | Staffing agreements for engineers | 0.00 |
| Solstad Offshore ASA | Customer Contracts | Provide labor, material, equipment supervision and/or subcontractor services to Solstad for work on the Norman Clipper (A219), including all purchase orders and subcontracts | 0.00 |
| South Marine Systems, Inc. | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Southland Energy Services, LLC | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Steadfast Insurance Co. | Insurance Policy | Primary Property - CPP 5492048-02 | 0.00 |
| Steel Personnel | Contract Labor Agreement | Staffing agreements for executive/admin workers | 0.00 |
| StormGeo, Inc. | Service Agreement | Weather Alert Notifications | 2,482.50 |
| Symantec | IT Agreement | SYMC Protection Suite Enterprise Edition 4.0 | 0.00 |
| Talk South | Service Agreement | Telecommunications invoice management and cost savings solutions | 11,250.00 |
| Technical Marine Maintenance Mississippi, LLC | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Teklinks, Inc. | Service Agreement | Internet and MPLS Services | 15,842.06 |
| Teklinks, Inc. | Service Agreement | SIP Trunk services | 1,986.93 |
| The Dutra Group | Customer Contracts | Repairs and berthing of Dredge Stuyvesant (S630), including all purchase orders and subcontracts | 0.00 |
| The Dutra Group | Customer Contracts | Repairs to the Dredge Columbia (A215), including all purchase orders and subcontracts | 0.00 |
| The Dutra Group | Customer Contracts | Repairs to the Dredge Stuyvesant (A212), including all purchase orders and subcontracts | 0.00 |
| The Employees' Retirement System of Alabama, an instrumentality of The State of Alabama and The Teachers' Retirement System of Alabama, an instrumentality of the State of Alabama | Property Lease | Property Lease - Office Space - Located in Mobile, AL | 3,752.26 |
| Tradesmen Services, LLC | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Trailer Bridge, Inc. | Customer Contracts | Repairs to the Atlanta Bridge (A186), including all purchase orders and subcontracts | 0.00 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| Transocean Offshore Deepwater | Customer Contracts | 12 inch Flare Boom Fabrication and Offshore Installation work (S629), including all purchase orders and subcontracts | 0.00 |
| Transocean Offshore Deepwater | Customer Contracts | Master Services Agreement | 0.00 |
| Transocean Offshore Deepwater | Customer Contracts | Offshore T&M Work for the TOI Deepwater Asgard (S623), including all purchase orders and subcontracts | 0.00 |
| Transocean Offshore Deepwater | Customer Contracts | Offshore T&M Work for the TOI Deepwater Invictus (S579), including all purchase orders and subcontracts | 0.00 |
| Transocean Offshore Deepwater | Customer Contracts | Offshore T&M Work for the TOI Discover Deep Seas (S634), including all purchase orders and subcontracts | 0.00 |
| Transocean Offshore Deepwater | Customer Contracts | Stacking Agreement for the TOI Sovereign Explorer (S451), including all purchase orders and subcontracts. | 0.00 |
| Travelers Indemnity Co. of America | Insurance Policy | Auto - P-810-5427P633-TIA-15 | 0.00 |
| Travelers Property & Casualty Co. of America | Insurance Policy | Boiler & Machinery - M5J-BME1-0273L707-TIL-15 | 0.00 |
| Travelers Property & Casualty Co. of America | Insurance Policy | Primary $25M Bumpershoot - ZOB 71M23562 | 0.00 |
| Trev-Co. | Contract Labor Agreement | Staffing agreements for engineers | 0.00 |
| U.S. Bank Equipment Finance | Equipment Lease | Copiers - 500-0380342-000 | 265.36 |
| United Labor Group | Contract Labor Agreement | Staffing agreements for production workers | 0.00 |
| Varilease Finance Inc. | Equipment Lease | Lease/Buyback - Cincinnati Press Brake and Kranendonk | 0.00 |
| Varilease Finance Inc. | Equipment Lease | Lease/Buyback - Cincinnati Press Brake and Kranendonk | 0.00 |
| Lloyd's syndicates | Insurance Policy | Excess Vessel Pollution - 06909-02XS | 0.00 |
| Lloyd's syndicates | Insurance Policy | Primary Vessel Pollution - 06908-02 | 0.00 |
| Verizon Wireless | Service Agreement | Cell Phone Services | 3,370.77 |
| Victoria Maritime Services | Agency Agreement | Non-exclusive Agent for purposes of soliciting repair services on Monaco/Italy/Switzerland registered or controlled vessels | 0.00 |
| VT Halter Marine | Customer Contracts | Bollard Pull Test (S632), including all purchase orders and subcontracts | 0.00 |
| VT Halter Marine | Customer Contracts | Fabrication and assembly of 4 B135 Crowley module units (S617), including all purchase orders and subcontractors | 0.00 |
| Wade Office Equipment | Equipment Lease | Copiers - 900-0222080-000 | 0.00 |
| Wade Office Equipment | Equipment Lease | Copiers - 900-0222081-000 | 0.00 |
| Waterways Towing & Offshore Services, Inc. | Property Lease | Sublease of Yard 8 100' x 250' (approx.) parcel of land with a non-exclusive easement measuring approx. 10' x 2000' through Yard 8 for ingress and egress - Located in Mobile, AL | 0.00 |
| Weaver Supply Company, LLC | Service Agreement | Price and Delivery Agreement for Goods | 8,790.78 |
| Wegmann Dazet & Company | Service Agreement | Auditors for 401(k) Plan | 0.00 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0032948 | 0.00 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0032948-005 | 98.92 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0033186-001 | 346.52 |

| Counterparty Name | Type of Contract / Lease | Description of Contract / Lease | Proposed Cure Amount |
|---|---|---|---|
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373 Pt A | 468.00 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373 Pt B | 0.00 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373-002 | 218.20 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373-004 | 0.00 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373-005 | 81.50 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373-006 | 192.00 |
| Wells Fargo Financial Leasing | Equipment Lease | Copiers - 603-0906373-008 | 179.70 |
| Willis of Alabama, Inc. | Insurance Policy | insurance Agent | 0.00 |
| XL Specialty Insurance Co. | Insurance Policy | $75M x/s $25M Excess Bumpershoot - UM00012534EL15A | 0.00 |
| Zurich American Insurance Co. | Insurance Policy | D&O/EPLI - Run-off Coverage - MPL9671267-06 | 0.00 |