**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**SIGNAL INTERNATIONAL, INC., et al.**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11498 (MFW)<br><br>Jointly Administered<br><br>RE: Docket Nos. 120 and 280 |

**NOTICE OF FILING OF PROPOSED ORDER (I) APPROVING STALKING HORSE APA, (II) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING CERTAIN RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on July 22, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of: (I) an Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief* [D.I. 120] (the "**Sale Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on August 28, 2015, the Court held a hearing (the "**Bidding Procedures Hearing**") with respect to the Sale Motion as it pertained to proposed bidding procedures (the "**Bidding Procedures**") to be implemented in connection with the contemplated sale (the "**Sale**") of substantially all of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that, subsequent to the Bidding Procedures Hearing, the Court entered that certain *Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief* [D.I. 280] (the "**Bidding Procedures Order**"). Pursuant to the Bid Procedures Order, the Court approved the Bidding

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to the them in the Motion.

01:17663934.1

Procedures and scheduled a hearing to consider the Sale for November 24, 2014, at 2:00 p.m. (Prevailing Eastern Time) (the "**Sale Hearing**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is a proposed form of order (the "**Proposed Sale Order**") approving the Sale under the terms of the Stalking Horse APA, a copy of which is attached to the Motion as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Proposed Sale Order at the Sale Hearing. The Debtors reserve the right to revise the Proposed Sale Order any time prior to or at the Sale Hearing, including to reflect approval of a prevailing Bidder APA other than the Stalking Horse APA.

| | |
|---|---|
| Dated: September 11, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jaime Luton Chapman*<br>M. Blake Cleary (No. 3614)<br>Jaime Luton Chapman (No. 4936)<br>Travis G. Buchanan (No. 5595)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |