**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |
| | RE: Docket Nos. 286, 287, and 337 |

**NOTICE OF FILING OF BLACKLINES OF REVISED PLAN,**
**DISCLOSURE STATEMENT, AND SOLICITATION ORDER**

**PLEASE TAKE NOTICE** on September 3, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 286] (the "**Initial Plan**") and related disclosure statement [D.I. 287] (the "**Initial Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that on September 18, 2015, the Debtors filed the *Debtors' Motion for an Order (A) Approving the Disclosure Statement; (B) Approving Form and Manner of Notice of Confirmation Hearing; (C) Approving Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; (D) Estimating Each Litigation Claim at $1.00 for Voting Purposes; (E) Approving Notice and Objection Procedures in Respect Thereof, and (F) Granting Related Relief* [D.I. 337] (the "**Solicitation Motion**"). A proposed form of order granting the Solicitation Motion (the "**Initial Solicitation Order**") was attached thereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made certain revisions to the Initial Plan, Initial Disclosure Statement, and Initial Solicitation Order.

**PLEASE TAKE FURTHER NOTICE** that a blackline reflecting the changes from the Initial Plan is attached hereto as <u>Exhibit 1</u>; a blackline reflecting the changes from the Initial Disclosure Statement (without exhibits) is attached hereto as <u>Exhibit 2</u>; and a blackline reflecting the changes from the Initial Solicitation Order is attached hereto as <u>Exhibit 3</u>.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to further amend, modify, or supplement the Initial Plan, Initial Disclosure Statement, or Initial Solicitation Order.

| | |
|---|---|
| Dated: October 7, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jaime Luton Chapman*<br>M. Blake Cleary (No. 3614)<br>Kenneth J. Enos (No. 4544)<br>Jaime Luton Chapman (No. 4936)<br>Travis G. Buchanan (No. 5595)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |