**Exhibit 2**

**Ballot for Class 4 (Litigation Claims)**

01:17554711.16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNAL INTERNATIONAL, INC., et al.[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**
<u>**CLASS 4: LITIGATION CLAIMS**</u>

> **YOU MUST SUBMIT THIS COMPLETED BALLOT BEFORE 4:00 P.M. (ET) ON NOVEMBER 12, 2015**

Signal International, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), are soliciting votes with respect to the *Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated _____, 2015 [D.I. ____] (as it may be amended, modified, or supplemented from time to time, the "**Plan**") from the Holders of certain Impaired Claims against the Debtors. All capitalized terms used but not defined herein or in the enclosed voting instructions shall have the meanings ascribed to them in the Disclosure Statement Order (defined below) or the Plan, as applicable. If you have any questions on how to complete this Ballot, please contact Kurtzman Carson Consultants, LLC (the "**Voting Agent**") at 888-830-4665 (toll free) or 310-751-2648 (international callers) or visit the Debtors' website at www.kccllc.net/signal.

**THIS BALLOT IS TO BE USED FOR VOTING BY HOLDERS OF LITIGATION CLAIMS AGAINST THE DEBTORS.** If you are, as of October 8, 2015, the Holder of a Litigation Claim, please use this Ballot to cast your vote to accept or reject the Plan. The United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") has entered an order (the "**Disclosure Statement Order**") [D.I. ___] approving the *Disclosure Statement for the Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated as of _____, 2015 [D.I. ____] (as it may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**"), which provides information to assist you in deciding how to vote on the Plan. The Bankruptcy Court's approval of the Disclosure Statement does not indicate approval of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

01:17554711.16

The Disclosure Statement and the Plan may be examined by accessing the Debtors' website at www.kccllc.net/signal. In addition, you may obtain a copy of the Disclosure Statement and the Plan by contacting the Voting Agent. Please be advised that the Voting Agent is not authorized to, and will not, provide legal advice.

## IMPORTANT

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim(s) under the Plan.

**VOTING DEADLINE: NOVEMBER 12, 2015, AT 4:00 P.M. (ET)**

In order for your vote to be counted, the Ballot must be properly completed, signed, and returned to the Voting Agent so that is actually received by the Voting Agent, Kurtzman Carson Consultants, LLC, by no later than **4:00 p.m. (prevailing U.S. Eastern Time) on November 12, 2015** (the "**Voting Deadline**"), at the following address:

> Signal Ballot Processing Center
> c/o KCC
> 2335 Alaska Avenue
> El Segundo, CA 90245

**BALLOTS WILL NOT BE ACCEPTED BY FACSIMILE TRANSMISSION, EMAIL, OR ANY OTHER ELECTRONIC METHOD.**

If your Ballot is not received by the Voting Agent on or before the Voting Deadline, your vote will not count as either an acceptance or rejection of the Plan. Even if you intend to vote to reject the Plan, you must still read, complete, and execute this entire Ballot.

Your receipt of this Ballot does not signify that your Claim(s) has been or will be Allowed. The Debtors reserve all rights to dispute such Claim(s).

The proposed Plan will be accepted by a Class if it is accepted by the Holders of two-thirds in amount and more than one-half in number of Claims in such Class voting on the Proposed Plan. **Alternatively, the Debtors have requested that the Bankruptcy Court adopt a presumption that if no Holder in Class 4 submits a Ballot to accept or reject the Plan, then Class 4 will be deemed to accept the Plan.** If the proposed Plan is confirmed by the Bankruptcy Court, all Holders of Claims against and Equity Interests in the Debtors (including those Holders who abstain from voting on or reject the Plan, and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, including, but not limited to, the Channeling Injunction provided for in Section 6.C of the Plan.

If you hold more than one Litigation Claim in Class 4, you should receive a Ballot for each of such Claims. Each Ballot you receive is for voting only the Claim described in the Ballot. Please complete and return each Ballot you receive in accordance with the instructions provided

01:17554711.16

2

on such Ballot. You must vote all of your Claims within a single Class under the Plan to either accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. Any Ballot that (i) does not indicate either an acceptance or rejection of the Plan or (ii) indicates both an acceptance and rejection of the Plan will be deemed to reflect the voter's intent to accept the Plan.

In the event you are a Holder of Claim, your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules (the "**Tabulation Rules**") approved by the Bankruptcy Court. These Tabulation Rules are set forth in paragraph 25 of the Disclosure Statement Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right to contest the validity or amount of any Claim for purposes of allowance under the Plan). If you wish to obtain the temporary allowance of your Claim for Plan voting purposes in a different amount or Class than the amount provided in the Tabulation Rules, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan. All such Rule 3018(a) Motions must be filed on or before the later of (i) November 3, 2015, and (ii) the fourteenth (14th) day after the service of an objection, if any, to such Claim, but in no event later than seven (7) days prior to the Confirmation Hearing.

This Ballot does not constitute, and will not be deemed, a Proof of Claim or an assertion of a Claim or Equity Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any and all prior Ballots.

> SECTION 6.C OF THE PLAN PROVIDES FOR A CHANNELING INJUNCTION, WHICH IS AN INJUNCTION UNDER SECTION 105(A) OF THE BANKRUPTCY CODE, APPLICABLE TO ALL PERSONS AND ENTITIES, THAT RESULTS IN THE PERMANENT CHANNELING OF ALL LITIGATION CLAIMS TO THE LITIGATION SETTLEMENT TRUST FOR RESOLUTION AND PAYMENT. AS SET FORTH IN ARTICLE VI, FROM AND AFTER THE EFFECTIVE DATE, (1) THE SOLE RECOURSE OF ANY LITIGATION CLAIMANT ON ACCOUNT OF A LITIGATION CLAIM SHALL BE TO THE LITIGATION SETTLEMENT TRUST IN ACCORDANCE WITH THE LITIGATION SETTLEMENT TRUST AGREEMENT AND THE LITIGATION SETTLEMENT TDP, AND (2) THE RELEASED PARTIES SHALL BE RELEASED FROM ALL OBLIGATIONS AND LIABILITIES WITH RESPECT TO THE LITIGATION CLAIMS AND ANY LITIGATION CLAIMANT SHALL HAVE NO RIGHT WHATSOEVER AT ANY TIME TO ASSERT ITS LITIGATION CLAIM AGAINST ANY OF THE RELEASED PARTIES OR ANY OF THEIR RESPECTIVE PROPERTY OR INTERESTS IN PROPERTY. SIMILARLY, ARTICLE XI OF THE PLAN CONTAINS CERTAIN INJUNCTIONS AND RELEASES OF THE RELEASED PARTIES. PLEASE REVIEW THESE PROVISIONS OF THE PLAN CAREFULLY BEFORE SUBMITTING YOUR BALLOT AS THESE PROVISIONS MAY AFFECT YOUR RIGHTS.

NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT AT KURTZMAN CARSON CONSULTANTS, LLC AT 888-830-4665 (TOLL FREE) OR 310-751-2648 (INTERNATIONAL CALLERS).

<u>**PLEASE READ THE FOLLOWING
INSTRUCTIONS BEFORE COMPLETING THE BALLOT.**</u>

To properly complete this Ballot and cast your vote you must:

1. **For Item 1, the $1.00 assignment of value to each Litigation Claim will be solely for voting purposes (not for distribution purposes) and will not be binding upon the Holder, the Debtors or the Litigation Settlement Trust for any purpose other than for voting on the Plan;**

2. Cast a vote to accept or reject the Plan by checking the appropriate box in Item 2;

3. Review Item 3;

4. Sign, date and provide the remaining information requested; and

5. Return the Ballot (containing the original signature) to the Voting Agent in the provided return envelope by first-class mail (postage prepaid) to

   **Signal Ballot Processing Center
   c/o KCC
   2335 Alaska Avenue
   El Segundo, CA 90245**

so as to be **received** by the Voting Agent on or before **4:00 p.m. (ET) on November 12, 2015.** If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Voting Agent is enclosed for your convenience. **Ballots submitted by facsimile, email, or other electronic transmission will not be counted.**

IF YOU ARE AN INDIVIDUAL AND INTEND FOR YOUR COUNSEL TO VOTE YOUR CLAIM ON YOUR BEHALF, THEN PLEASE ARRANGE WITH YOUR COUNSEL TO VOTE ON YOUR BEHALF WELL IN ADVANCE OF THE VOTING DEADLINE SO THAT YOUR BALLOT IS RECEIVED BEFORE THE VOTING DEADLINE.

**PLEASE COMPLETE ALL ITEMS BELOW. RETURN YOUR BALLOT BY THE VOTING DEADLINE OR IT WILL NOT BE COUNTED.**

**Item 1. Amount of Claim Voted.** FOR PURPOSES OF VOTING TO ACCEPT OR REJECT THE PLAN, EACH HOLDER OF A LITIGATION CLAIM WILL HAVE A SINGLE VOTE IN AN AMOUNT EQUAL TO **$1.00**, REGARDLESS OF WHETHER THE DEBTORS HAVE SCHEDULED YOUR LITIGATION CLAIM IN A DIFFERENT AMOUNT AND AS NONCONTINGENT, UNDISPUTED, OR LIQUIDATED. **THE $1.00 ASSIGNMENT OF VALUE TO EACH LITIGATION CLAIM WILL BE SOLELY FOR VOTING PURPOSES (NOT FOR DISTRIBUTION PURPOSES) AND WILL NOT BE BINDING UPON THE HOLDER, THE DEBTORS, OR THE LITIGATION SETTLEMENT TRUST FOR ANY PURPOSE OTHER THAN FOR VOTING ON THE PLAN.**

**Item 2. Class 4 Vote.** The undersigned Holder of the Claim identified in Item 1 hereby votes to (**check one box only**):

☐ **ACCEPT** the Plan.        ☐ **REJECT** the Plan.

**Item 3. Certification and Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. The undersigned understands that an otherwise properly completed and executed and timely returned Ballot that does not indicate either an acceptance or rejection of the Plan, or indicates both an acceptance and a rejection of the Plan, will be deemed to reflect the voter's intent to accept the Plan.

Name of Claimant:_____

Signature:_____

If by Authorized Agent, Name and Title:_____

Title:_____

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Email:_____

Date Completed:_____