# Exhibit 4

**Ballot for Class 5 (General Unsecured Claims)**

01:17554711.16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |

**BALLOT FOR ACCEPTING OR REJECTING DEBTORS' JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**
<u>**CLASS 5: GENERAL UNSECURED CLAIMS**</u>

> **YOU MUST SUBMIT THIS COMPLETED BALLOT BEFORE 4:00 P.M. (ET) ON NOVEMBER 12, 2015**

Signal International, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), are soliciting votes with respect to the *Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated _____, 2015 [D.I. \_\_\_\_] (as it may be amended, modified, or supplemented from time to time, the "**Plan**") from the Holders of certain Impaired Claims against the Debtors. All capitalized terms used but not defined herein or in the enclosed voting instructions shall have the meanings ascribed to them in the Disclosure Statement Order (defined below) or the Plan, as applicable. If you have any questions on how to complete this Ballot, please contact Kurtzman Carson Consultants, LLC (the "**Voting Agent**") at 888-830-4665 (toll free) or 310-751-2648 (international callers) or visit the Debtors' website at www.kccllc.net/signal.

**THIS BALLOT IS TO BE USED FOR VOTING BY HOLDERS OF GENERAL UNSECURED CLAIMS AGAINST THE DEBTORS.** If you are, as of October 8, 2015, the Holder of a General Unsecured Claim, please use this Ballot to cast your vote to accept or reject the Plan. The United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") has entered an order (the "**Disclosure Statement Order**") [D.I. \_\_] approving the *Disclosure Statement for the Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code*, dated as of _____, 2015 [D.I. \_\_\_\_] (as it may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**"), which provides information to assist you in deciding how to vote on the Plan. The Bankruptcy Court's approval of the Disclosure Statement does not indicate approval of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

01:17554711.16

The Disclosure Statement and the Plan may be examined by accessing the Debtors' website at www.kccllc.net/signal. In addition, you may obtain a copy of the Disclosure Statement and the Plan by contacting the Voting Agent. Please be advised that the Voting Agent is not authorized to, and will not, provide legal advice.

## IMPORTANT

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim(s) under the Plan.

**VOTING DEADLINE: NOVEMBER 12, 2015, AT 4:00 P.M. (ET)**

In order for your vote to be counted, the Ballot must be properly completed, signed, and returned to the Voting Agent so that is actually received by the Voting Agent, Kurtzman Carson Consultants, LLC, by no later than **4:00 p.m. (ET) on November 12, 2015** (the "**Voting Deadline**"), at the following address:

> Signal Ballot Processing Center
> c/o KCC
> 2335 Alaska Avenue
> El Segundo, CA 90245

**BALLOTS WILL NOT BE ACCEPTED BY FACSIMILE TRANSMISSION, EMAIL, OR ANY OTHER ELECTRONIC METHOD.**

If your Ballot is not received by the Voting Agent on or before the Voting Deadline, your vote will not count as either an acceptance or rejection of the Plan. Even if you intend to vote to reject the Plan, you must still read, complete, and execute this entire Ballot.

Your receipt of this Ballot does not signify that your Claim(s) has been or will be Allowed. The Debtors reserve all rights to dispute such Claim(s).

The proposed Plan will be accepted by a Class if it is accepted by the Holders of two-thirds in amount and more than one-half in number of Claims in such Class voting on the Proposed Plan. **Alternatively, the Debtors have requested that the Bankruptcy Court adopt a presumption that if no Holder in Class 5 submits a Ballot to accept or reject the Plan, then Class 5 will be deemed to accept the Plan.** If the proposed Plan is confirmed by the Bankruptcy Court, all Holders of Claims against and Equity Interests in the Debtors (including those Holders who abstain from voting on or reject the Plan, and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

If you hold more than one General Unsecured Claim in Class 5, you should receive a Ballot for each of such Claims. Each Ballot you receive is for voting only the Claim described in the Ballot. Please complete and return each Ballot you receive in accordance with the instructions provided on such Ballot. You must vote all of your Claims within a single Class under the Plan

to either accept or reject the Plan. Accordingly, if you return more than one Ballot voting different Claims within a single Class under the Plan and the Ballots are not voted in the same manner, those Ballots will not be counted. Any Ballot that (i) does not indicate either an acceptance or rejection of the Plan or (ii) indicates both an acceptance and rejection of the Plan will be deemed to reflect the voter's intent to accept the Plan.

In the event you are a Holder of Claim, your Claim has been **temporarily allowed solely for purposes of voting** to accept or reject the Plan in accordance with certain tabulation rules (the "**Tabulation Rules**") approved by the Bankruptcy Court. These Tabulation Rules are set forth in paragraph 25 of the Disclosure Statement Order. The temporary allowance of your Claim for voting purposes does not constitute an allowance of your Claim for purposes of distribution under the Plan and is without prejudice to the rights of the Debtors in any other context (e.g., the right to contest the validity or amount of any Claim for purposes of allowance under the Plan). If you wish to obtain the temporary allowance of your Claim for Plan voting purposes in a different amount or Class than the amount provided in the Tabulation Rules, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, for an order temporarily allowing your Claim in a different amount or classification for purposes of voting to accept or reject the Plan. All such Rule 3018(a) Motions must be filed on or before the later of (i) November 3, 2015, and (ii) the fourteenth (14th) day after the service of an objection, if any, to such Claim, but in no event later than seven (7) days prior to the Confirmation Hearing.

This Ballot does not constitute, and will not be deemed, a Proof of Claim or an assertion of a Claim or Equity Interest.

If you cast more than one Ballot voting the same Claim prior to the Voting Deadline, the latest received Ballot will supersede any and all prior Ballots.

> **ARTICLE XI OF THE PLAN CONTAINS CERTAIN INJUNCTIONS AND RELEASES OF THE RELEASED PARTIES. PLEASE REVIEW THESE PROVISIONS OF THE PLAN CAREFULLY BEFORE SUBMITTING YOUR BALLOT AS THESE PROVISIONS MAY AFFECT YOUR RIGHTS.**

NO PERSON HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, OR TO MAKE ANY REPRESENTATION, OTHER THAN WHAT IS CONTAINED IN THE MATERIALS MAILED WITH THIS BALLOT OR OTHER MATERIALS AUTHORIZED BY THE BANKRUPTCY COURT.

IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AGENT AT KURTZMAN CARSON CONSULTANTS, LLC AT 888-830-4665 (TOLL FREE) OR 310-751-2648 (INTERNATIONAL CALLERS).

**PLEASE READ THE FOLLOWING<br>INSTRUCTIONS BEFORE COMPLETING THE BALLOT.**

To properly complete this Ballot and cast your vote you must:

1. Make sure that the information in Item 1 is correct;

2. Cast a vote to accept or reject the Plan by checking the appropriate box in Item 2;

3. Check the box in Item 3 if you elect not to grant the Releases contained in Section 11.H of the Plan. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the Releases contained in Section 11.H of the Plan;

4. Review Item 4;

5. Sign, date, and provide the remaining information requested; and

6. Return the Ballot (containing the original signature) to the Voting Agent in the provided return envelope by first-class mail (postage prepaid) to

**Signal Ballot Processing Center**
**c/o KCC**
**2335 Alaska Avenue**
**El Segundo, CA 90245**

so as to be **received** by the Voting Agent on or before **4:00 p.m. (ET) on November 12, 2015**. If a Ballot is received after the Voting Deadline, it will not be counted. An envelope addressed to the Voting Agent is enclosed for your convenience. **Ballots submitted by facsimile, email, or other electronic transmission will not be counted.**

**PLEASE COMPLETE ALL ITEMS BELOW. RETURN YOUR BALLOT BY THE VOTING DEADLINE OR IT WILL NOT BE COUNTED.**

> ALL HOLDERS OF CLAIMS IN CLASS 5 ENTITLED TO VOTE ON THE PLAN MAY <u>ELECT TO GRANT AND BE BOUND BY THE RELEASES</u> CONTAINED IN SECTION 11.H OF THE PLAN BY TIMELY AND PROPERLY RETURNING A BALLOT VOTING IN FAVOR OF THE PLAN <u>AND</u> NOT ELECTING TO "OPT-OUT" OF SUCH RELEASES. ANY HOLDER OF A CLAIM IN CLASS 5 THAT EXERCISES ITS RIGHT TO GRANT THE RELEASES <u>WILL RECEIVE</u> A PRO RATA SHARE OF THE GUC PAYMENT AMOUNT AND THE EXCESS SALE OVERPAYMENT, IF ANY, NET OF SIGNAL LIQUIDATING TRUST EXPENSES, AS SET FORTH IN THE PLAN.
>
> ANY HOLDER OF A CLAIM IN CLASS 5 THAT CHOOSES <u>NOT TO ELECT TO GRANT AND BE BOUND BY THE RELEASES</u> <u>WILL NOT RECEIVE</u> A PRO RATA SHARE OF THE GUC PAYMENT AMOUNT BUT <u>WILL RECEIVE ONLY</u> A PRO RATA SHARE OF THE EXCESS SALE OVERPAYMENT, IF ANY, NET OF SIGNAL LIQUIDATING TRUST EXPENSES, AS SET FORTH IN THE PLAN.

**Item 1. Amount of Claim Voted.** The undersigned certifies that as of October 8, 2015, the undersigned held a General Unsecured Claim against the Debtors in the amount set forth below:

> Voting Amount $ _____

**Item 2. Class 5 Vote.** The undersigned Holder of the Claim identified in Item 1 hereby votes to (<u>check one box only</u>):

☐ **ACCEPT** the Plan.          ☐ **REJECT** the Plan.

**Item 3. Optional Release Election.** Check this box if you elect not to grant the releases contained in Section 11.H of the Plan and elect not to consent to the related injunction. Election to withhold consent is at your option. If you submit your Ballot without this box checked, you will be deemed to consent to the releases contained in Section 11.H of the Plan and the related injunction to the fullest extent permitted by applicable law. **If you exercise your right to not grant the Releases you <u>will not</u> receive any Distribution under the Plan other than your Pro Rata share of the Excess Sale Overpayment, <u>if any</u>.**

☐ **The undersigned elects NOT TO GRANT the releases contained in Section 11.H of the Plan and elects not to consent to the related injunction.**

**Item 4. Certification and Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Disclosure Statement and other applicable solicitation materials and certifies that the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of the claimant. **THE UNDERSIGNED FURTHER ACKNOWLEDGES THAT IN THE EVENT THE UNDERSIGNED DOES NOT ELECT TO OPT-OUT OF PROVIDING THE RELEASES CONTAINED IN SECTION 11.H OF THE PLAN, THE UNDERSIGNED IS DEEMED TO HAVE ACCEPTED AND CONSENTED TO THE RELEASE PROVISIONS CONTAINED IN SECTION 11.H OF**

**THE PLAN.** The undersigned understands that an otherwise properly completed and executed and timely returned Ballot that does not indicate either an acceptance or rejection of the Plan, or indicates both an acceptance and a rejection of the Plan, will be deemed to reflect the voter's intent to accept the Plan.

Name of Claimant:_____

Signature:_____

If by Authorized Agent, Name and Title:_____

Title:_____

Street Address:_____

City, State, Zip Code:_____

Telephone Number:_____

Email:_____

Date Completed:_____