# EXHIBIT A

| | | | |
|---|---|---|---|
| IN14092025 | Signal International, LLC | 10/1/2014 | 7,500.00 |
| IN14092026 | Signal International, LLC | 10/1/2014 | 7,500.00 |
| IN14101988 | Signal International, LLC | 11/4/2014 | 7,750.00 |
| IN14101989 | Signal International, LLC | 11/4/2014 | 7,750.00 |
| IN14111791 | Signal International, LLC | 12/2/2014 | 7,500.00 |
| IN14111792 | Signal International, LLC | 12/2/2014 | 7,500.00 |
| IN14122233 | Signal International, LLC | 1/2/2015 | 7,750.00 |
| IN14122234 | Signal International, LLC | 1/2/2015 | 7,750.00 |
| IN15011866 | Signal International, LLC | 2/2/2015 | 7,750.00 |
| IN15011867 | Signal International, LLC | 2/2/2015 | 7,750.00 |
| IN15021750 | Signal International, LLC | 3/2/2015 | 7,000.00 |
| IN15021751 | Signal International, LLC | 3/2/2015 | 7,000.00 |
| IN15032002 | Signal International, LLC | 4/2/2015 | 7,750.00 |
| IN15032003 | Signal International, LLC | 4/2/2015 | 7,750.00 |
| IN15040103 | Signal International, LLC | 4/9/2015 | 438.10 |
| IN15040108 | Signal International, LLC | 4/9/2015 | 438.10 |
| IN15040173 | Signal International, LLC | 4/10/2015 | 500.00 |
| IN15040174 | Signal International, LLC | 4/10/2015 | 500.00 |
| | | | 107,876.20 |