IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § § § § § § § | |
| **Signal International, Inc.,** | | **Bankruptcy Case Co.**<br>**15-11498-MFW**<br>**Chapter 11** |
| Debtor. | | |

### OBJECTION OF JACKSON COUNTY PORT AUTHORITY TO NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

COMES NOW, the undersigned, on behalf of the Jackson County Port Authority ("Port Authority") and files this Objection to Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases ("Objection"). In support of its position, the undersigned states as follows:

1. Currently pending before the Court is a Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 311] (the "Notice") that was filed on September 9, 2015.

2. As part of that Notice, certain executory contracts are proposed to potentially be assumed and assigned pursuant to the auction that is contemplated in the above styled case. Further, the Notice purports to identify the cure amounts due under those leases.

3. As part of the Notice, certain Jackson County Port Authority leases are identified, however, there are two principle leases in existence, namely, the Dry Dock Facility Lease and the Greenwood Island Lease (collectively, the "Leases").

4. Those Leases provide for annual payments in defined amounts.

- 2 -

5. Subsequent to the filing, the Debtor has been paying prorated monthly payments, but the actual amount currently due and owing in order to assume the Leases is set forth below.

6. As to the Dry Dock Facility lease the cure amount is $19,519.77.

7. On the lease for the Greenwood Island property the cure amount is $390,410.96.

8. Although at this time the Port Authority has no objections to potential assumption and assignment of the Leases, the correct cure amounts are the figures reflected above.

9. The Port Authority respectfully objects to the cure amounts as set forth in the Notice.

WHEREFORE, premises considered, the Port Authority asks this Court to direct the proper cure amounts under the Leases and Notice, and direct that any assumption or assignment must provide for the complete cure under the terms of the leases, and that the Court enter an appropriate order in response to this objection and for such other and further relief as this Court may deem appropriate.

Respectfully submitted this 12th day of October, 2015.

Respectfully Submitted,

*/s/ R. Scott Williams* _____
R. Scott Williams
Jennifer B. Kimble
Counsel for Jackson County Port Authority,
of Jackson County, Mississippi

- 3 -

Of Counsel:

RUMBERGER, KIRK, & CALDWELL, P.C.
Renasant Place
2001 Park Place, Suite 1300
Birmingham, Alabama 35203
Telephone:    (205) 327-5550
Facsimile:     (205) 326-6786
E-mail: swilliams@rumberger.com
            jkimble@rumberger.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Objection of Jackson County Port Authority to Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases* has been served on the following counsel of record via United States First Class Mail this 12th day of October, 2015:

| | |
|---|---|
| SSG Advisors, LLC<br>Attn:  J. Scott Victor<br>Teresa C. Kohl<br>300 Barr Harbor Drive<br>West Conshohocken, PA 19428 | Burr & Forman, LLP<br>Attn:  Derek Meek<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 |
| Young Conaway Stargatt & Taylor, LLP<br>Attn:  M. Blake Cleary<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Morris Nichols Arsht & Tunnell<br>Attn:  Eric D. Schwartz<br>Gregory W. Werkheiser<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| Hogan Lovells US LLP<br>Attn:  Christopher R. Donoho III<br>875 Third Avenue<br>New York, NY 10022 | Pachulski Stang Zeihl & Jones<br>Attn:  Bradford J. Sandler<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 |
| Office of the United States Trustee<br>Attn:  Tiiara N.A. Patton<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | |

                                          */s/ R. Scott Williams*
                                          R. Scott Williams

8378025.1