# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Signal International, Inc., et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11498 (MFW)<br>Jointly Administered<br><br>Reference Docket Nos. 120, 152, 280 |

**LIMITED OBJECTION OF JORDAN PILE DRIVING, INC. TO THE DEBTORS' MOTION FOR ENTRY OF: (I) AN ORDER (A) APPROVING SALES AND BIDDING PROCEDURES IN CONNECTION WITH SALE OF ASSETS OF THE DEBTORS, (B) APPROVING BID PROTECTIONS, (C) APPROVING FORM AND MANNER OF NOTICE, (D) SCHEDULING THE AUCTION AND SALE HEARING, (E) AUTHORIZING PROCEDURES GOVERNING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (F) GRANTING RELATED RELIEF; AND (II) AN ORDER (A) APPROVING PURCHASE AGREEMENT, (B) AUTHORIZING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND (C) GRANTING RELATED RELIEF**

Jordan Pile Driving, Inc. ("**Jordan**"), hereby files this limited objection (the "**Objection**") to the *Debtors' Motion for Entry of: (I) an Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief* (the "**Sale Procedures Motion**"). In support of its objection Jordan states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

**Background**

1.      On July 12, 2015 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On July 22, 2015, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Committee**") [D.I. 119].

3.      On July 22, 2015, the Debtors filed the Sale Procedures Motion seeking an order from this Court to allow it to sell all of its assets.

4.      On September 1, 2015, the Court entered the *Order Approving (A) Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief* [Docket No. 280].

5.      The hearing on the sale of the Debtors' assets is scheduled for November 24, 2015 at 2:00 p.m.

**Jordan's Secured Claim**

6.      The Debtor under case number 15-11499, Signal Ship Repair, LLC ("**SSR**") owns a shipyard located on property with a street address of 601 South Water Street, Mobile, AL 36603 (the "**Shipyard Property**").

7.      The Teachers' Retirement System of Alabama ("**TRSA**") allegedly holds a fee and leasehold mortgage, security agreement, assignment of leases and rents and fixture filing on the Shipyard Property which was duly recorded in the records of the Judge of Probate of Mobile County, Alabama on February 5, 2014.

8.      On or about October 8, 2014, Jordan and SSR entered into a contract whereby Jordan was hired to install and repair mooring dolphins and related structures on the Shipyard Property as a result of damages caused by a vessel owned by others that had come free of its moorings during a storm.

9.      In accordance with the Contract (and a subsequent change order) Jordan furnished labor and material for repairs and improvements on the Shipyard Property as provided in the Contract and change order.  Jordan completed the work on the Shipyard Property on February 6, 2015.

10.     SSR owes Jordan the sum of $98,931.00 for the improvements which were made on the Shipyard Property in accordance with the contract between the parties.

11.     At the time of the entry into the Contract and throughout the time the material for improvements were being made to the Shipyard Property, Jordan was assured by SSR that it would receive payment, in part, from the proceeds of an insurance claim made against the owner of the vessel that caused the damages.

12.     On June 22, 2015, Jordan filed a Verified Statement of Lien in the records of the Judge of Probate of Mobile County, Alabama.  On July 21, 2015, Jordan filed an Amended Verified Statement of Lien in the records of the Judge of Probate of Mobile County, Alabama.  On July 27, 2015, Jordan filed a Second Amended Verified Statement of Lien in the records of the Judge of Probate of Mobile County, Alabama.  On July 28, 2015, Jordan filed a Third Amended Verified Statement of Lien in the records of the Judge of Probate of Mobile County, Alabama.  Said Verified Statement of Lien, Amended Verified Statement of Lien, Second Amended Verified Statement of Lien and Third Amended Verified Statement of Lien were in compliance with *Code of Alabama* § 35-11-213.

13. On July 30, 2015, Jordan filed the *Notice of Perfection of Claim of Mechanics and Materialmans Lien Under 11 U.S.C. §§546(b) and 362(b)(3); Demand for Compliance with 11 U.S.C. §363* [Docket No. 152], which attached as Exhibit A, a draft of the *Complaint to Enforce Lien of Mechanics and Materialmen and for General Judgment* in the Circuit Court of Mobile County Alabama styled *Jordan Pile Driving, Inc. v. Signal Ship Repair, LLC and The Teachers Retirement System of Alabama, a body corporate of the State of Alabama, created under 16-25-1 et seq., Code of Alabama (1975)* and claimed a lien pursuant to *Code of Alabama § 35-11-210 et seq.* (the "**Mechanics and Materialmen Lien**").

14. The Debtors now seek approval under 11 U.S.C. §363(f) for the sale of the Assets and the assumption and assignment of the Assigned Contracts to the Prevailing Purchaser at the Auction, if necessary, free and clear of all liens, claims, encumbrances, and other interests (collectively, "**Liens**"), other than any Liens permitted by the purchase agreement between the Debtors and the Prevailing Purchaser. The Mechanics and Materialmen Lien of Jordan is not listed as a permitted lien.

15. Jordan does not consent to the sale free and clear of its valid Mechanics and Materialman Lien and objects the entry of any order allowing the sale of the Shipyard Property without adequate protection for its Mechanics and Materialmen Lien. Jordan will consent to the sale only if a replacement lien is granted through the creation of an $110,000 interest bearing escrow account and said account is maintained for its benefit as security for the payment of its secured claim. See 11 U.S.C. §361(2) and 11 U.S.C. §363(e).

WHEREFORE, Jordan respectfully requests this Court to enter an order i) requiring the Debtors to provide adequate protection of its interests by adding language to any Sale Order entered requiring the creation of an interest bearing escrow account of $110,000.00 as adequate

protection for its Mechanics and Materialmen Lien; and ii) granting such other relief as this Court deems just and fair.

            PHILLIPS, GOLDMAN & SPENCE, P.A.

            */s/ Stephen W. Spence*
            Stephen W. Spence, Esquire (#2033)
            1200 North Broom Street
            Wilmington, DE 19806
            302-655-4200 (tel.)
            302-655-4210 (fax)

            -and

            MAYNARD COOPER & GALE, PC
            J. Marshall Gardner, Esquire
            11 North Water Street, Suite 27000
            Mobile, AL  36602-5027
            Telephone: (251) 432-0001
            Facsimile: (251) 432-0007
            mgardner@maynardcooper.com

Date:  October 13, 2015       *Co-Counsel to Jordan Pile Driving, Inc.*

## **CERTIFICATE OF SERVICE**

        I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on October 13, 2015, I caused the *Limited Objection of Jordan Pile Driving, Inc. to the Debtors' Motion for Entry of: (I) an Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) an Order (A) Approving Purchase Agreement, (B) Authorizing Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (C) Granting Related Relief*, be served upon those persons receiving notice through the Court's cm/ecf system and upon those persons appearing on the attached list, via email to addresses indicated.

*Investment Banker to the Debtors*
SSG Advisors, LLC,
300 Barr Harbor Drive
West Conshohocken, PA 19428
Attn: J. Scott Victor and Teresa C. Kohl
jsvictor@ssgca.com
tkohl@ssgca.com

*Counsel to the Debtors*
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Attn: M. Blake Cleary, Esq.
mbcleary@ycst.com

*Hogan Lovells US LLP*
875 Third Avenue
New York, NY 10022
 Attn: Christopher R. Donoho III, Esq.
chris.donoho@hoganlovells.com

*Office of the United States Trustee*
for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn: Tiiara N.A. Patton, Esq.
tiiara.patton@usdoj.gov

*Counsel to the Stalking Horse Bidder and DIP Lender*
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Attn: Derek F. Meek, Esq.
dmeek@burr.com

Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Attn: Eric D. Schwartz, Esq. and
Gregory W. Werkheiser, Esq.
eschwartz@mnat.com
gwerkheiser@mnat.com

*Counsel for the Committee*
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attn: Bradford J. Sandler, Esq.
bsandler@pszjlaw.com

Under penalty of perjury, I certify the foregoing to be true and correct.

                                              */s/ Celeste A. Hartman*
                                              CELESTE A. HARTMAN