# EXHIBIT 1

*fice 228-769-3040*                                                                                                    Post Office Box 998

# Joe W. Martin, Jr.

*Circuit Clerk   Jackson County*
*Pascagoula, MS   39568-0998*

NOTICE TO:   SIGNAL INTERNATIONAL, LLC
             601 BAYOU CASSOTTE PKWY
             PASCAGOULA, MS 39581

This is to notify you that a foreign judgment has been enrolled against you in Jackson County on April 10, 2015.

Our file number is   CI-2015-00,077(3)
Our computer identification number is 15-00966

JUDGMENT CREDITOR'S NAME:
    MAX SPECIALTY INSURANCE COMPANY NKA ALTERRA EXCESS COMPANY

JUDGMENT CREDITOR'S ADDRESS:
    4521 HIGHWOODS PKWY
    GLEN ALLEN, VA 23060

JUDGMENT CREDITOR'S ATTORNEY AND THEIR ADDRESS:
    (251) 626-9340

I, Joe W. Martin, Jr., Circuit Clerk of Jackson County, Mississippi hereby officially certify that the attached copy is a full, true and complete copy of the foreign judgment filed in our office on April 07, 2015 against you.

WITNESS my hand and seal of office this the
13 day of April, A.D., 2015.

                                JOE W. MARTIN, JR. CIRCUIT CLERK
                                Jackson County, Pascagoula, MS

                                My Commission Expires January 3, 2016

                                By: _____ D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 320
DATE FILED: 6/17/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY, ONE
BEACON INSURANCE COMPANY, NATIONAL
LIABILITY AND FIRE INSURANCE COMPANY and
QBE MARINE & ENERGY SYNDICATE 1036,

                Plaintiffs,

– against –

GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, MAX SPECIALTY INSURANCE
COMPANY and SIGNAL INTERNATIONAL, LLC,

                Defendants.
-----------------------------------------------------------X

10-cv-1653 (JPO) (JLC)

JUDGMENT

FILED
APR 07 2015
JOE W. MARTIN, JR., CLERK
BY_____ D.C.

The court has ordered that:

Max Specialty Insurance Company ("MSIC") recover from Signal International, LLC ("Signal"), the amount of three million nine hundred seventy-six thousand three hundred sixty-two dollars and forty-five cents ($3,976,362.45), which includes prejudgment interest in an amount agreed to by MSIC and Signal.

CLERK OF COURT:

_[signature]_

Date: 6/17/2014

2015-00,077 (3)
15-009644
4-10-15
4:47 pm

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, __Ruby J. Krajick__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: JUDGMENT Case name: FIREMAN'S FUND INSURANCE COMPANY, ONE BEACON INSURANCE COMPANY, et al, Plaintiffs -vs- GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, MAX SPECIALTY INSURANCE COMPANY and SIGNAL INTERNATIONAL, LLC, Defendants. Case number 10-civ-1653 (JPO) ELECTRONICALLY FILED IN THIS COURT ON JUNE 17, 2014************************************************************************

true copies of records of this Court.

In testimony where of I sign my name and affix the seal of this Court, in this District, at __New York, New York__ on __April 1, 2015__
City                                              Date

Ruby J. Krajick                      _[signature]_
Clerk                                 (By) Deputy Clerk

I, __James L Cott__, a Judicial Officer of this Court, certify that __Ruby J. Krajick__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__April 1, 2015__                     _[signature] James L. Cott_
Date                                  Signature of Judicial Officer

                                      U.S. Magistrate Judge
                                      Title

I, __Ruby J. Krajick__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __James L Cott__
                                                                       Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at __Southern District__ __New York, New York__ in the State, on __April 1, 2015__
City                                              Date

Ruby J. Krajick                       _[signature]_
Clerk                                 (By) Deputy Clerk

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

MAX SPECIALTY INSURANCE　　　＊
COMPANY, n/k/a ALTERRA EXCESS　＊
& SURPLUS INSURANCE COMPANY,　＊
　　　　　　　　　　　　　　　　＊
　　　　Plaintiff,　　　　　　　＊
　　　　　　　　　　　　　　　　＊
v.　　　　　　　　　　　　　　　＊　　CASE NO.: 2015-00,077 (3)
　　　　　　　　　　　　　　　　＊
SIGNAL INTERNATIONAL, LLC,　　　＊
　　　　　　　　　　　　　　　　＊
　　　　Defendant.　　　　　　　＊

## AFFIDAVIT OF HEATHER M. HOUSTON

**STATE OF ALABAMA** )

**COUNTY OF BALDWIN** )

Before me the undersigned authority, this date personally appeared Heather M. Houston, who, after first being duly sworn, deposes and says:

1. I am over the age of 21.

2. This Affidavit is based upon my own personal knowledge of the pertinent facts and review of materials made available to me.

3. Max Specialty Insurance Company, n/k/a Alterra Excess & Surplus Insurance Company, was a party in the civil action styled *Fireman's Fund Insurance Company, One Beacon Insurance Company, National Liability and Fire Insurance Company and QBE Marine & Energy Syndicate 1036 v. Great American Insurance Company of New York, Max Specialty Insurance Company and Signal International, LLC*, and obtained a judgment against Signal International, LLC.

4. The judgment obtained against Defendant Signal International, LLC in the above-referenced matter is valid, enforceable, and unsatisfied.

5. The last known address of Defendant Signal International, LLC, the Judgment Debtor, is 601 Bayou Cassotte Parkway, Pascagoula, Mississippi 39581.


EXHIBIT B

6. The address of Plaintiff Max Specialty Insurance Company, now known as Alterra Excess & Surplus Insurance Company, the Judgment Creditor, is 4521 Highwoods Parkway, Glen Allen, Virginia 23060.

Further the affiant saith not.

Done this the 7th day of April, 2015.

*[signature]*
HEATHER M. HOUSTON

Sworn to and subscribed before me the 7th day of April, 2015.

*[signature]*
Notary Public - State of Alabama

My Commission Expires: _____

*[stamp: Angela R. Stewart, Notary Public, Alabama State at Large, My Commission Expires May 20, 2017]*

Name of Notary Public

X Personally known to me; or
___ Produced identification
___ Did take an oath
___ Did not take an oath

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSISSIPPI

MAX SPECIALTY INSURANCE  
COMPANY, n/k/a ALTERRA EXCESS  
& SURPLUS INSURANCE COMPANY,

    Plaintiff,

v.

SIGNAL INTERNATIONAL, LLC,

    Defendant.

CASE NO.: 2015-00077 (3)

FILED APR 07 2015  
JOE W. MARTIN, JR., CLERK  
BY_____ D.C.

## DOMESTICATION OF JUDGMENT

COMES NOW Max Specialty Insurance Company, now known as Alterra Excess & Surplus Insurance Company ("Max Specialty"), pursuant to *Code of Mississippi* § 11-7-301 *et seq.* and domesticates the judgment obtained against Judgment Debtor Signal International, LLC on June 17, 2014, in the United States District Court for the Southern District of New York in the matter styled *Fireman's Fund Insurance Company, One Beacon Insurance Company, National Liability and Fire Insurance Company and QBE Marine & Energy Syndicate 1036 v. Great American Insurance Company of New York, Max Specialty Insurance Company and Signal International, LLC*, Civil Action Number 10-cv-1653(JPO)(JLC). A copy of the authenticated judgment is attached as Exhibit A pursuant to *Code of Mississippi* § 11-7-303.

The aforementioned judgment is valid, enforceable, and unsatisfied. See Affidavit, attached as Exhibit B.

Jurisdiction is proper in this Court as Defendant Signal International, LLC is a resident of Jackson County, Mississippi. Exhibit B.

Last, Plaintiff/Judgment Creditor requests the clerk to mail notice to Judgment Debtor Signal International, LLC pursuant to *Code of Mississippi* § 11-7-305(2).

WHEREFORE Judgment Creditor Max Speciality prays that this Court domesticate the

attached judgment and enter an order allowing execution or other process for enforcement of this judgment twenty (20) days after the date of this filing.

Respectfully submitted,

*/s/ Heather M. Houston*

HEATHER M. HOUSTON - MS Bar No. 102087
Attorney for Plaintiff/Judgment Creditor

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone (251) 626-9340
Facsimile (251) 626-8928
hhouston@carrallison.com

**DEFENDANT/JUDGMENT DEBTOR SIGNAL INTERNATIONAL, LLC TO BE SERVED AT THE FOLLOWING ADDRESS:**

Signal International, LLC
601 Bayou Cassotte Parkway
Pascagoula, Mississippi 39581

# EXHIBIT A

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

**Court Identification Docket #:** 36 [ ] CI
County # / Judicial District / Court ID (CH, CI, CO)

**Case Year:** 2015
**Docket Number:** 00077
**Local Docket ID:** [blank]

**Date filed:** 04/07/15 (Month/Date/Year) — This area to be completed by clerk

Case Number if filed prior to 1/1/94: [blank]

In the **CIRCUIT** Court of **JACKSON** County — Judicial District: [blank]

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [X] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

## Plaintiff
Individual: [blank]
- Last Name / First Name / Maiden Name / M.I. / Jr/Sr/III/IV

Business: **Max Specialty Insurance Company, n/k/a Alterra Excess & Surplus Insurance Company**

Address of Plaintiff: 4521 Highwoods Parkway, Glen Allen, Virginia 23060

Attorney (Name & Address): Heather M. Houston, 6251 Monroe Street, Suite 200, Daphne, Alabama 36526
MS Bar No. 102087

Signature of Individual Filing: *[signature]*

## Defendant
Individual: [blank]

Business: **Signal International, LLC**

Attorney (Name & Address) - If Known: [blank]   MS Bar No.: [blank]

## Damages Sought
Compensatory $ [blank]   Punitive $ [blank]
[ ] Check if child support is contemplated as an issue in this suit.

## Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [X] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2009)

**Court Identification Docket #:** 30 □ 7I (County # / Judicial District / Court ID (CH, CI, CO))
**Case Year:** 2015
**Docket Number:** 00077
**Local Docket ID:** ___
**Date filed by clerk:** 04/07/15 (Month/Date/Year)
**Case Number if filed prior to 1/1/94:** ___

In the **CIRCUIT** Court of **JACKSON** County — Judicial District ___

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [X] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

### Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual:** Last Name ___ First Name ___ Maiden Name ___ M.I. ___ Jr/Sr/III/IV ___

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of ___

___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency ___

**Business:** Max Specialty Insurance Company, n/k/a Alterra Excess & Surplus Insurance Company

___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A ___

**Address of Plaintiff:** 4521 Highwoods Parkway, Glen Allen, Virginia 23060

**Attorney (Name & Address):** Heather M. Houston, 6251 Monroe Street, Suite 200, Daphne, Alabama 36526 — **MS Bar No.** 102087

___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
**Signature of Individual Filing:** *[signature]*

### Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual:** Last Name ___ First Name ___ Maiden Name ___ M.I. ___ Jr/Sr/III/IV ___

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of ___

___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency ___

**Business:** Signal International, LLC

___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below: D/B/A ___

**Attorney (Name & Address) - If Known:** ___ **MS Bar No.** ___

### Damages Sought
Compensatory $ ___ Punitive $ ___  Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet*

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations:** Child Custody/Visitation, Child Support, Contempt, Divorce: Fault, Divorce: Irreconcilable Diff., Domestic Abuse, Emancipation, Modification, Paternity, Property Division, Separate Maintenance, Termination of Parental Rights, UIFSA (eff 7/1/97, formerly URESA), Other ___

**Business/Commercial:** Accounting (Business), Business Dissolution, Debt Collection, Employment, [X] Foreign Judgment, Garnishment, Replevin, Other ___

**Probate:** Accounting (Probate), Birth Certificate Correction, Commitment, Conservatorship, Guardianship, Heirship, Intestate Estate, Minor's Settlement, Muniment of Title, Name Change, Testate Estate, Will Contest, Other ___

**Appeals:** Administrative Agency, County Court, Hardship Petition (Driver License), Justice Court, MS Dept Employment Security, Worker's Compensation, Other ___

**Children/Minors - Non-Domestic:** Adoption - Contested, Adoption - Uncontested, Consent to Abortion Minor, Removal of Minority, Other ___

**Civil Rights:** Elections, Expungement, Habeas Corpus, Post Conviction Relief/Prisoner, Other ___

**Contract:** Breach of Contract, Installment Contract, Insurance, Specific Performance, Other ___

**Statutes/Rules:** Bond Validation, Civil Forfeiture, Declaratory Judgment, Injunction or Restraining Order, Other ___

**Real Property:** Adverse Possession, Ejectment, Eminent Domain, Eviction, Judicial Foreclosure, Lien Assertion, Partition, Tax Sale: Confirm/Cancel, Title Boundary or Easement, Other ___

**Torts:** Bad Faith, Fraud, Loss of Consortium, Malpractice - Legal, Malpractice - Medical, Mass Tort, Negligence - General, Negligence - Motor Vehicle, Product Liability, Subrogation, Wrongful Death, Other ___