# EXHIBIT 2

```
MODE:S ACTION:27           [-- Jmt. Roll (Manager level) --]            [JRD01000]
 01 Id 15-00966  02 Status ACTIVE       03 Enrolled 04/10/201504 Time 04:47 PM
 05 Cause CI-15-00,077(3)               06 Rendered 06/17/2014
              07 COURT Circuit Court Jackson Co MS
                       US District Court Southern
                       District of New York
         Defendant's Information              Plaintiff's Information
 08 Key   *Signal                       14 Key   Max
 09 Name  Signal International,LLC      15 Name  Max Specialty Insurance
 10 Name                                16 Name  Company NKA Alterra Excess
 11 Addr                                17 Addr
 12 Addr  601 Bayou Cassotte Pkwy       18 Addr
 13 City  Pascagoula      MS 39581      19 City

 20 Judgment       $3,976,362.45    23 CAN-CLERK
 21 Cost1               $161.00     24 CAN-DATE
MODE:S ACTION:              [-- Extra long p name --]                   [JRD01200]
          Plaintiff's name
        01 & Surplus Insurance    04
        02 Company                05
        03                        06
```

CERTIFIED A TRUE COPY
Jackson County, Mississippi
Joe W. Martin, Jr., Circuit Clerk
This the 28 day of July 20 15
By [signature] CC

Transcript from the Judgment Roll
Circuit Court, Jackson County
Mississippi

| | |
|---|---|
| Cause<br>CI-15-00,077(3)<br>Status<br>ACTIVE | Judgment<br>3,976,362.45<br>Cost...     161.00<br>Cost...        .00 |
| Defendant's Name<br>Signal International, LLC | Judgment Remarks |
| Defendant's Address or Attorney<br><br>601 Bayou Cassotte Pkwy<br>Pascagoula       MS 39581 | Rendition Date/County and Court<br>06/17/2014<br>Circuit Court Jackson Co MS<br>US District Court Southern<br>District of New York |
| Plaintiff's Name<br>Max Specialty Insurance<br>Company NKA Alterra Excess<br><br>& Surplus Insurance<br>Company | Enrollment Date<br>04/10/2015<br>04:47 PM<br>Remarks |
| Plaintiff's Address or Attorney<br>Heather M Houston<br><br>6251 Monroe St Ste 200<br>Daphne           AL 36526 | |

THE STATE OF MISSISSIPPI
    JACKSON COUNTY

    I, Joe W. Martin, Jr., Clerk of the Circuit Court in and for said County, do hereby certify that the above is a true and perfect transcript from the  Judgment Roll in the above stated case, as the same remains of record in my office, containing the names of all the parties thereto, its amount, and the date of the rendition thereof that said Judgment  is in full force and effect, not satisfied, or otherwise vacated, so far as appears of record in my said office.

WITNESS my hand and the Seal of said Court, this MON, AUG 3, 2015

_Joe W Martin Jr_ Clerk.
_[signature]_ D.C.