# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SIGNAL INTERNATIONAL, INC., *et al.*, ) | Case No. 15-11498 (MFW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Related to Docket No. 311** |

## WILLIS OF ALABAMA, INC.'S OBJECTION TO
## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Willis of Alabama, Inc. ("Willis") hereby objects (the "Objection") to the *Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases* [D.I. 311] (the "Cure Notice") filed by the above-captioned debtors (the "Debtors"):

### Background

1. On July 12, 2015 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code.

2. Prior to the Petition Date, Willis served as the Debtors' insurance broker. Post-petition, Willis continues to serve as the Debtors' insurance broker.

3. The Debtors owe Willis $75,000 in pre-petition fees. As of the date hereof, the Debtors owe and have not paid $75,000 in post-petition fees to Willis.

4. On September 9, 2015, the Debtors filed the Cure Notice. The Cure Notice proposes to assume the Debtors' executory contract with Willis, and lists a $0 cure amount.

### Objection

5. Willis hereby objects to the assumption of its executory contract with the Debtors. Absent payment of $150,000 ($75,000 in pre-petition fees and $75,000 in post-petition fees) plus payment of any other fees owed to Willis at the time of assumption, the Debtors may not assume

645686.1 10/13/2015

their executory contract with Willis. See 11 U.S.C. § 365(b)(1)(A) (providing that cure of all defaults is a prerequisite for assumption of an executory contract).

WHEREFORE, Willis requests the Court sustain this Objection and condition the assumption of Willis's executory contract with the Debtors on a complete cure payment, as set forth in this Objection.

                              SAUL EWING LLP

                              By: _____
                              Lucian B. Murley (DE No. 4892)
                              222 Delaware Avenue, Suite 1200
                              P.O. Box 1266
                              Wilmington, DE 19801
                              Phone: (302) 421-6898
                              Fax: (302) 421-5864
                              Email: lmurley@saul.com

                              *Counsel for Willis of Alabama, Inc.*

Dated: October 13, 2015