# **EXHIBIT 2**

## AMENDMENT TO LEASE AGREEMENT

THIS AMENDMENT TO LEASE AGREEMENT (this "Amendment"), is made as of the 14th day of January, 2010, by and between **PINTO ISLAND LAND COMPANY, INC.**, an Alabama corporation (hereinafter referred to as "Landlord"), and **SIGNAL SHIP REPAIR, LLC.**, a Delaware limited liability company (hereinafter referred to as "Tenant").

### W I T N E S S E T H :

**WHEREAS**, Landlord and Bender Shipbuilding & Repair Co., Inc., an Alabama corporation ("Bender") entered into that certain Lease Agreement dated as of July 1, 1998 (the "Lease"), for the lease of certain real property more particularly described therein (the "Premises");

**WHEREAS**, Bender is the debtor in a bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Alabama (the "Bankruptcy Court"), styled as In re: Bender Shipbuilding & Repair Co., Inc., Chapter 11 Case No. 09-12616-MAM (the "Chapter 11 Case");

**WHEREAS**, Tenant or its parent corporation, as purchaser, and Bender, as seller, have entered into that certain Asset Purchase Agreement dated as of the 14th day of January, 2010 (the "Purchase Agreement"), pursuant to which Tenant will purchase and Bender will sell certain real property and improvements thereon, together with certain related tangible and intangible assets, including all of Bender's rights and obligations under the Lease, all as more particularly described in the Purchase Agreement (the "Purchased Assets");

**WHEREAS**, in connection with the Bankruptcy Case and in accordance with the Purchase Agreement, Bender intends to assume the Lease pursuant to U.S. Bankruptcy Code Section 365;

**WHEREAS**, in accordance with the Purchase Agreement and pursuant to an Assignment and Assumption Agreement to be entered into in connection with the Closing (as defined in the Purchase Agreement), Bender intends to assign to Tenant, and Tenant intends to assume from Bender, effective as of the Closing, all Bender's right, title, obligation and interest in and to the Lease on the terms and conditions set forth herein and in such Assignment and Assumption Agreement (the "Assignment"); and

**WHEREAS**, in connection with the foregoing Assignment, Landlord and Tenant wish to amend the Lease as set forth herein.

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto do hereby acknowledge and agree as follows:

1. **Effective Date**. The effective date of this Amendment (the "Effective Date") shall be the date of Closing, such that this Amendment shall be effective only upon the consummation

CLI-1773139v5

of the Assignment. If Tenant notifies Landlord in writing that the Closing will not occur for any other reason, this Amendment shall be null and void *ab initio*, and shall have no further force or effect.

2. <u>Landlord Consent</u>. Subject to: (i) the terms hereof including, without limitation, Tenant's acknowledgment of and agreement to assume all of the obligations of the Lease as set forth in <u>Section 5</u>, hereof, (ii) the execution and delivery to Landlord of the Guarantee in the form attached hereto as Exhibit A, and (iii) the payment to Landlord all rents due, past due and payable under the Lease including the amount of rent due for the first month after the date hereof, Landlord hereby: (a) consents to the Assignment of the Lease to Tenant; and (b) acknowledges and agrees that the Assignment is not and shall not constitute a default under the applicable provisions of the Lease. For clarification, it is understood and agreed that the payment for the amount of rent due for the month of February, 2010 shall be made by Tenant to Landlord by wire transfer on the Closing date (but in no event after February 1, 2010) and that payments for the amounts due for December 2009 and January 2010 will be made to and received by Landlord by wire transfer by no later than February 16, 2010 (whether through the cure procedure under the Chapter 11 Case or directly by the Tenant; provided, however that if the payment is made directly by the Tenant, the Landlord hereby subrogates its rights for such amounts from Bender in favor of the Tenant) and if such payments are not so made and received, this amendment shall be null and void and of no further force and effect.

3. <u>Term</u>. The Lease is hereby amended to provide that the term of the Lease shall be extended through the date that is January 31 2035 (the "<u>Expiration Date</u>"). The term "<u>Initial Term</u>," as used in the Lease, shall mean the term of the Lease as hereby extended through the Expiration Date. Tenant may renew the term of the Lease for an additional five (5) year period (until January 31, 2040, the "<u>Renewal Period</u>") by providing Landlord with written notice of such renewal at least one hundred and eighty (180) days prior to the Expiration Date. The term "<u>Renewal Term</u>," as used in the Lease, shall include the Renewal Period. The term "<u>Lease Year</u>" shall mean the first twelve (12) full calendar months after the Effective Date and each subsequent twelve (12) month period thereafter during the term and any extensions.

4. <u>Rent</u>.

(a) The Lease is hereby amended to provide that, for the period commencing on February 1, 2010 and continuing for five (5) Lease Years thereafter, Tenant shall pay to Landlord annual rent in the amount of $616,752.00, payable in equal monthly installments of $51,396 ("<u>Initial Rental Rate</u>").

(b) On February 1, 2015, the amount of annual rent shall be increased to $770,940.00, which amount shall be further increased by the percentage increase (if any) in the Consumer Price Index (but in any event no more than 10%) during the immediately preceding year, and payable in equal monthly installments of $64,245.00, plus the aforementioned Consumer Price Index-based increase ("<u>Regular Rental Rate</u>"). On the first (1st) day of each Lease Year thereafter (including each Lease Year of the Renewal Period), the rent shall be increased by the percentage increase (if any) in the

Consumer Price Index during the immediately preceding year (but in any event no more than 10% in any single year); provided, however, that at the beginning of the eleventh Lease Year following the Effective Date and every fifth year thereafter, the rent shall be calculated as the greater of (i) 120% of the rent payable in the fifth year preceding such Lease Year or (ii) the amount of rent that would have been calculated with the normal CPI increases (subject to the annual ten percent (10%) cap).

5. **Acknowledgment of Assumption.** Tenant acknowledges and agrees that it has fully assumed all of the obligations of the "Tenant" as defined in the Lease, whether arising or accruing prior to or after the date of this Amendment, and notwithstanding the Chapter 11 Case or any effect thereof on the Lease or the obligations thereunder – it being absolutely clear that Landlord agrees to this Amendment only on and subject to the condition that Tenant has assumed all the obligations of Bender under the Lease, including without limitation, any obligations with respect to the environmental or other condition of the Premises, whenever they might have or may accrue and without any effect from the Chapter 11 Case. In consideration thereof, Landlord hereby subrogates its rights, if any, against Bender in favor of Tenant to the extent Tenant has assumed and performed any obligation that Bender may have had responsibility for under the terms of the Lease, it being understood, however, that such subrogation in no way detracts from Tenant's direct liability to perform any such obligation as provided under the Lease, whether such obligation arose or accrued prior to or after the execution hereof or the date of the Chapter 11 Case.

6. Landlord and Tenant hereby acknowledge and agree that no term or provision of the Lease shall be modified or amended by this Amendment, except as set forth herein.

7. Any and all capitalized terms not specifically defined herein shall have the meanings as provided in the Lease.

8. This Amendment may be executed in any number of counterparts. Each counterpart shall be deemed an original hereof, and all counterparts when taken together, shall constitute one and the same instrument.

(Signatures on Following Page)

IN WITNESS WHEREOF, Landlord and Tenant have hereunto caused this Amendment to be executed as of the day and year first above written.

**LANDLORD:**

**PINTO ISLAND LAND COMPANY, INC.**, an Alabama corporation

By: _____
Name: JOHN L. SELMAN
Its: PRESIDENT

**TENANT:**

**SIGNAL SHIP REPAIR, LLC**, a Delaware limited liability company

By: _____
Name: Chris Cunningham
As Secretary of Signal International, Inc., its Managing Member

STATE OF __GEORGIA__ )
                                                   ) ss.
COUNTY OF __GLYNN__ )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that John L. Selman, whose name as President of **PINTO ISLAND LAND COMPANY, INC.**, an Alabama corporation, is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand this the __26th__ day of January, 2010.

_____
Notary Public

My Commission Expires: __8-18-13__

[Notary seal: DEBORAH D. TAYLOR, NOTARY PUBLIC, GLYNN COUNTY, GEORGIA, EXPIRES AUG. 18, 2013]

STATE OF __ALABAMA__ )
                                                    ) ss.
COUNTY OF __Mobile__ )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that __Chris Cunningham__, whose name as __Secretary__ of Signal International Inc., a corporation, as managing member of **SIGNAL SHIP REPAIR, LLC**, a Delaware limited liability company, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation, acting in its capacity as such managing member on the day the same bears date.

Given under my hand this the __22__ day of January, 2010.

_____
Notary Public
My Commission Expires: __10/30/2012__