# EXHIBIT 5

# LOIZIDES, P.A.

*The Law Office of Christopher D. Loizides*

Christopher D. Loizides
*Admitted in DE, PA, NJ, NY and DC*

**Legal Arts Building**
**1225 King Street, Suite 800**
**Wilmington, DE 19801**
*TEL: 302-654-0248*
*FAX: 302-654-0728*
www.loizides.com

*Direct Dial:*
302-691-0575
loizides@loizides.com

September 17, 2015

**VIA EMAIL**

Jaime Luton Chapman, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square1000 North King Street
Wilmington, Delaware 19801
jchapman@ycst.com

      Re:     *In re: Signal International, Inc. et al.*, Case No. 15-11498 (MFW)

Dear Jaime:

As you know, I represent Pinto Island Land Company, Inc. ("Pinto") in the above-referenced bankruptcy cases. Pinto is the lessor under that certain lease between Pinto and Bender Shipbuilding & Repair Co, Inc., as lessee, dated July 1, 1998 (as amended, the "Lease") and to which Debtor Signal Ship Repair, LLC succeeded as lessee and which was guaranteed by Debtor Signal International, Inc.

I write pursuant to the Order (A) Approving Sales And Bidding Procedures In Connection With Sale Of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief (D.I. 280, the "Procedures Order"). As the Lease has been identified in, *inter alia*, the Debtors' September 9, 2015 notice of proposed assumption (D.I. 311) as being subject to assumption and assignment, pursuant to the Procedures Order, Pinto hereby requests the following information concerning adequate assurance of future performance of the proposed assignees of the Lease: Teachers Retirement System of Alabama ("TRA") and Employees' Retirement System of Alabama ("ERA") and/or their designee(s) (the "Stalking Horse").

1.  The most recent financial statements of ERA and TRA;

Jamie Luton Chapman, Esq.
September 17, 2015
Page 2

2. The identity of any designee(s) under the Asset Purchase Agreement between the Debtors and the Stalking Horse (a "Designee");

3. The identity of any person(s) or business(es) (a "Manager/Operator") that the Stalking Horse intends to retain to manage and/or operate the Debtors' operations located on the premises subject to the Lease (the "Premises");

4. All financial projections concerning future operations of the Debtors' businesses following the sale;

5. All information concerning the intended use of the Premises by the Stalking Horse;

6. All information concerning how the Stalking Horse (including any Designee) and/or any Manager/Operator intends to properly maintain the Premises in accordance with the Lease, applicable law and regulations and prudent business practices;

7. All information concerning the ability of the Stalking Horse (including any Designee) and/or any Manager/Operator to perform all non-financial obligations under the Lease, including, without limitation, full compliance with all environmental and other regulations and any associated bonding and insurance obligations;

8. All information concerning whether TRA and/or ERA, or any other person or party, will guaranty the obligations under the Lease;

9. As to any Designee or Manager/Operator, all financial statements for the past five (5) years;

10. As to any Designee or Manager/Operator, all tax returns for the past five (5) years;

11. As to any Designee or Manager/Operator, all bank account statements for the past six (6) months;

12. All information concerning the management and personnel of any Designee or Manager/Operator;

13. All information concerning the experience and qualifications to operate the Debtors' business of any Designee and/or Manager/Operator; and

14. The formation documents and by-laws or other managing or partnership agreement of any Designee and/or Manager/Operator.

Pinto reserves the right to supplement this request at any time.

Sincerely,

Digitally signed by
Christopher D. Loizides
Date: 2015.09.17
12:02:12 -04'00'

Christopher D. Loizides

CDL:
cc:      Lawrence Voit, Esq. (via email)
         William A. Herzberger, Esq. (via email)