**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **SIGNAL INTERNATIONAL, INC., et al.**[1] | Case No. 15-11498 (MFW) |
| Debtors. | Jointly Administered |
| | RE: Docket Nos. 120 and 280 |

**NOTICE OF CANCELLATION OF AUCTION AND INTENT
TO PRESENT PREVAILING PURCHASER AT THE SALE HEARING**

**PLEASE TAKE NOTICE THAT**, pursuant to the *Order (A) Approving Sales and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Bid Protections, (C) Approving Form and Manner of Notice, (D) Scheduling the Auction and Sale Hearing, (E) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief* [D.I. 280] (the "**Bidding Procedures Order**") (i) the deadline for submitting bids by a Qualified Bidder[2] was October 13, 2015 at 5:00 p.m. (ET) (the "**Bid Deadline**"), and (ii) in the event a Qualified Bid other than that of the Stalking Horse Bidder was received, an auction would be held on October 14, 2015 at 10:00 a.m. (ET) (the "**Auction**").

**PLEASE TAKE FURTHER NOTICE THAT** no Qualified Bid other than that received from the Stalking Horse Bidder was received prior to the Bid Deadline. **As such, the Auction will not be held and is hereby cancelled.**

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Bidding Procedures Order, the Debtors intend to present the Stalking Horse Bidder as the Prevailing Purchaser and the Stalking Horse APA as the Prevailing Bid at the Sale Hearing scheduled for November 24, 2015 at 2:00 p.m. (ET).

| | |
|---|---|
| Dated: October 13, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jaime Luton Chapman*<br>M. Blake Cleary (No. 3614)<br>Kenneth J. Enos (No. 4544)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.