IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SIGNAL INTERNATIONAL, INC., et al.,[1] | ) Case No. 15-11498 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket Nos. 311 and 397** |

## SUPPLEMENT TO OBJECTION OF NEWSTAR EQUIPMENT FINANCE I, LLC TO NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

NewStar Equipment Finance I, LLC ("NewStar"), by and through its undersigned attorneys, hereby files this supplement to its Objection to Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases, as filed with the Court on October 13, 2015 [Docket No. 397] (the "Objection").

### Preliminary Statement

1. In its initial Objection, NewStar raised several concerns about the potential assumption of its agreements with the Debtors: (i) that the Debtors' proposed zero dollar cure amount with respect to the NewStar Agreements (as defined below) could be inaccurate in the event the Debtors defaulted under such agreements after the filing of their Assumption Notice; and (ii) that the Debtors' proposed cure amount with respect to the NewStar Agreements ignored NewStar's entitlement to costs, fees, expenses, legal fees and the like.

2. Subsequent to the filing of the Objection, the Debtors informed NewStar that they intend to reject one of the NewStar Agreements. NewStar accordingly submits this supplement to its initial Objection, to raise certain concerns arising from this contemplated rejection.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

646785.1 11/12/2015

## Background

3. NewStar, as assignee of Regions Commercial Equipment Finance, LLC, is a party to several agreements with one or more of the Debtors, including a Master Agreement (the "Master Agreement") dated December 14, 2012, and two schedules executed in connection with the Master Agreement: (i) Equipment Finance Schedule No. EFA-3, dated February 25, 2013 regarding barge no. TL99, Official Number 1243850 (the "Barge") and (ii) Equipment Finance Schedule No. EFA-2, dated July 10, 2013, regarding a Kranendonk 2013 CCS 1250 Profile Cutting System (the "Cutting System"). These agreements are collectively referred to as the "NewStar Agreements". Copies of the Master Lease and the two referenced schedules (each, a "Schedule") are attached hereto as **Exhibits "A", "B"** (Schedule regarding the Barge (the "Barge Schedule")) and **"C"** (Schedule regarding the Cutting System (the "Cutting System Schedule")).

## The Proposed Rejection

4. The Debtors have informed NewStar that they intend to reject the Cutting System Schedule. This rejection presumably will occur as of the effective date of the Debtors' proposed plan.

## Supplemental Objection

5. In the event the Debtors reject the Cutting System Schedule, certain key questions remain open. What is the process and timing by which NewStar will be permitted to remove the equipment subject to the Cutting System Schedule from the Debtors' facility? What cooperation and assistance with NewStar receive from the Debtors and the proposed purchaser(s) of the Debtors' assets as to the prompt removal of such equipment? NewStar should not be left in the

dark regarding these issues, and intends to press them, as well as the matters raised in its Objection, at the hearing on the Debtors' proposed sale.

6. NewStar reserves all rights, including without limitation the right to raise and be heard with respect to other objections to the proposed assumption or rejection of the NewStar Agreements.

Dated: November 12, 2015

SAUL EWING LLP

By: _____
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Facsimile: (302) 421-5864
lmurley@saul.com

-and-

Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
aisenberg@saul.com

*Attorneys for NewStar Equipment Finance I, LLC*