IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| SIGNAL INTERNATIONAL, INC., *et al.*[1], | ) | Case No. 15-11498 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 386 |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PINTO ISLAND LAND COMPANY, INC. WITH RESPECT TO THE DEBTORS' JOINT PLAN OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Pinto Island Land Company, Inc. ("Pinto") submits this limited objection and reservation of rights (the "Objection") to the Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 386, the "Plan") and the Debtors' Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 386, the "Amended Plan").

As has been detailed in several previous filings, Pinto is the lessor of a significant lease of realty with the Debtors (the "Lease"). It appears that the Lease may be assumed and assigned to the Stalking Horse in connection with the sale of substantially all of the Debtors' assets. As of the filing of this Objection, Debtors are current on their rent obligations to Pinto under the Lease.

Pinto is filing this Objection as a protective matter merely to assure that nothing in the Plan, including the releases contained therein, will affect Pinto's rights, and any assignees' duties, with respect to the Lease in the event that the Lease is assumed and assigned; or that the Plan will affect any of Pinto's state law rights and remedies in the event that the Lease is rejected, including any right to seek compensation for Pinto's continued occupation of the premises subject to the Lease past the date of such rejection; or that the Plan would modify Debtors' obligation to make continuing payments under the Lease through the date of

---

[1] The debtors in these jointly administered Chapter 11 cases are: Signal International, Inc., Signal Ship Repair, LLC, Signal International, LLC, Signal International Texas GP, LLC, and Signal International Texas, L.P.

assumption/assignment or rejection; or that the Plan would result in the assignment of the Lease without adequate assurance of future performance from the assignee as required by the Bankruptcy Code.

DATED:  November 12, 2015

                                          /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 654-0248
Facsimile:      (302) 654-0728
Email:             loizides@loizides.com

                                          - and -

Lawrence B. Voit, Esquire
SILVER VOIT & THOMPSON, P.C.
4317-A Midmost Drive
Mobile, AL  36609-5589
Telephone:     (251) 343-0800
Facsimile:      (251) 343-0852
E-mail:           lvoit@silvervoit.com

*Counsel for Pinto Island Land Company, Inc.*