**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SIGNAL INTERNATIONAL, INC., *et al.*,[1] | ) Case No. 15-11498 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) **Re: Docket No. 386** |

**RESERVATION OF RIGHTS OF NEWSTAR EQUIPMENT FINANCE I, LLC**
**REGARDING DEBTORS' FIRST AMENDED JOINT PLAN OF LIQUIDATION**
**PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

NewStar Equipment Finance I, LLC ("NewStar"), by and through its undersigned attorneys, hereby files this reservation of rights regarding the Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 386] (the "Plan").

As set forth in prior pleadings with the Court, NewStar is a party to several agreements with one or more of the Debtors. NewStar believes that the Debtors may seek to assume one or more of these agreements and/or assign such agreement(s) to the proposed purchaser of the Debtors' assets. NewStar files this reservation as a protective matter to assure that nothing in the Plan, including the releases therein, will affect NewStar's rights and remedies, or any assignee's duties, with respect to any NewStar agreement assigned to, or otherwise assumed by, the proposed purchaser under the Plan or otherwise.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Signal International, Inc. (4248); Signal Ship Repair, LLC (2642); Signal International, LLC (5074); Signal International Texas GP, LLC (3050); and Signal International Texas, L.P. (5066). The Debtors' principal offices are located at RSA Battle House Tower, 11 North Water Street, Mobile, Alabama 36602.

Dated:  November 12, 2015

SAUL EWING LLP

By: _____

Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6898
Facsimile: (302) 421-5864
lmurley@saul.com

-and-

Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
aisenberg@saul.com

*Attorneys for NewStar Equipment Finance I, LLC*

2